**UNITED STATES BANKRUPCY COURT,
MIDDLE DISTRICT OF FLORIDA,
JACKSONVILLE, FLORIDA**

IN RE:

FILED
JACKSONVILLE, FLORIDA
NOV 27 2020
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Saint Johns Properties, LLC

Civil Action No.:   3:20-bk-03082-JAF-X-
Chapter 7

Debtor.

_____/

**DEBTOR MOTION FOR EXTENSION
OF TIME**

MOTION TO EXTEND TIME Keith D. Lenger, Pro Sa Representative of Saint Johns Properties, LLC ("Movant") requests an extension of time for [insert summary of extension request] and states:

1. Under Fed. R. Bankr. P. Rule 9006 (b)(1), the Bankruptcy Court may, upon motion, grant an extension or enlargement of time for debtor representative to file forms under the Order of Relief.

2. An extension is appropriate because debtor representative needs time to comply with the order for relief given the extensive scope and breadth of information to file. Additionally, notice was received on November 24th 2020 and representative, due to company insolvency, is unable to

engage counsel for representation and must learn the customs and procedures of the court to respond adequately and timely.

3. An extension is requested until January 15th, 2021.

WHEREFORE, Movant requests an extension of time until January 15th, 2021 to comply adequately and for such further relief as the Court deems appropriate.

DATED this 27th day of November, 2020.

Respectfully Submitted,

**KEITH D LENGER**

By: /s/ Keith D. Lenger
Keith D. Lenger, Pro Sa
Representative of Saint Johns Properties, LLC
221 N. Hogan Street, # 405
Jacksonville, Florida 32202
Direct: 904.651.3292
Keithlenger@gmail.com