Fill in this information to identify the case:

Debtor name  Saint Johns Properties, LLC

United States Bankruptcy Court for the: Middle                District of  Florida
                                                                      (State)

Case number (If known):  3:20-bk-03082-JAF

**F I L E D**
JACKSONVILLE, FLORIDA

MAR 0 8 2021
Via Email
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ........................................................................  $ ∅

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* .....................................................................  $ 1,069,337.57

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* .......................................................................  $ 1,069,337.57

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........................  $ ∅

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* .........................................................  $ ??? IRS

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............................  + $ 2,791,852.09

4. **Total liabilities** ..........................................................................................  $ 2,791,853.09
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name __Saint Johns Properties, LLC__

United States Bankruptcy Court for the: __Middle__          District of __Florida__
                                                                      **(State)**

Case number (if known): __3:20-bk-03082-JAF__

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☒ No. Go to Part 2.
☐ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. Cash on hand                                                                         $ _____∅_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Checking | 9 1 3 ∅ | $ 132. 45 inc |
| 3.2. | " | " | 8 9 9 8 | $ (298. 88) |
| | " | " | 2 1 6 9 | |

4. Other cash equivalents *(Identify all)*

4.1. _____          $ _____∅_____

4.2. _____          $ _____

5. Total of Part 1
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $ (166. 43)

## Part 2:   Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of
debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

7.1. _____          $ _____

7.2. _____          $ _____

Debtor _____    Case number (if known)_____
      Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____    $_____

    8.2._____    $_____

**9. Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                         Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:    _____  –  _____  = ......➔    $_____
                          face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    _____  –  _____  = ......➔    $_____
                          face amount      doubtful or uncollectible accounts

**12. Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                         Valuation method used for current value     Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                     % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

**17. Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor _____     Case number (if known)_____
           Name

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ☒ No. Go to Part 6.

  ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ____ MM / DD / YYYY | $_____ | | $_____ |
| **20. Work in progress** | | | | |
| _____ | ____ MM / DD / YYYY | $_____ | | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ____ MM / DD / YYYY | $_____ | | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ____ MM / DD / YYYY | $_____ | | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ ⌀ _____

**24. Is any of the property listed in Part 5 perishable?**

  ☐ No

  ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | | $_____ |
| **30. Farm machinery and equipment  (Other than titled motor vehicles)** | | | |
| _____ | $_____ | | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

Debtor _____    Case number (if known)_____
        Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _Ø_

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _Desk & Chairs_ | $ _N/A_ | | $ _200 00_ |
| **40. Office fixtures** | | | |
| _____ | $ _Ø_ | | $ _Ø_ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _4 computers_ | $ _N/A_ | | $ _200 00_ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | | $_____ |
| 42.2_____ | $_____ | | $_____ |
| 42.3_____ | $_____ | | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _400 00_

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48.  Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ ⌀

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____     Case number (if known)_____
        Name

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor _____     Case number (if known)_____
       Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜  $ ___Ø___

      Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $ ___Ø___

_____   Tax year _____   $ ___Ø___

_____   Tax year _____   $ ___Ø___

73. **Interests in insurance policies or annuities**

_____   *estimated*   $ 1,000,000.00 est

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   *estimated*   $ 69,504.53 SD/SAP

Nature of claim   _____

Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

      $ ___Ø___

_____

Nature of claim   _____

Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

_____   $ ___Ø___

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $ ___Ø___

_____   $ ___Ø___

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 1,069,504.53 est

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____   Case number (if known)_____
Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ (166.43) | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ | |
| 83. Investments. *Copy line 17, Part 4.* | $ | |
| 84. Inventory. *Copy line 23, Part 5.* | $ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 400 00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0 | |
| 88. Real property. *Copy line 56, Part 9.* .......................................→ | | $ 233 55 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 1,069,504 53 | |
| 91. Total. Add lines 80 through 90 for each column........................... 91a. | $ 1,069,337 5? | 91b. $_____ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ......................................................... $ 1,069,332 57

**Fill in this information to identify the case:**

Debtor name    **Saint Johns Properties, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **3:20-bk-03082-JAF**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Saint Johns Properties, LLC |
| United States Bankruptcy Court for the: | Middle    District of Florida |
| | (State) |
| Case number (if known) | 3:20-bk-03082-JAF |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

*See Attachment*

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ | | $_____ |
| _____ | *Check all that apply.* | | |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| _____ | _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? | | |
| | ☐ No | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | ☐ Yes | | |

| | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ | | $_____ |
| _____ | *Check all that apply.* | | |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| _____ | _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? | | |
| | ☐ No | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | ☐ Yes | | |

| | | | |
|---|---|---|---|
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ | | $_____ |
| _____ | *Check all that apply.* | | |
| _____ | ☐ Contingent | | |
| _____ | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| _____ | _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? | | |
| | ☐ No | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | ☐ Yes | | |

Debtor _____     Case number (if known)_____
         Name

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._** Priority creditor's name and mailing address                                    $_____    $_____

_____     As of the petition filing date, the claim is:
_____     *Check all that apply.*
_____     ☐ Contingent
_____     ☐ Unliquidated
                                      ☐ Disputed

Date or dates debt was incurred       Basis for the claim:
_____     _____

Last 4 digits of account              Is the claim subject to offset?
number  _ _ _ _                       ☐ No
                                      ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address                                    $_____    $_____

_____     As of the petition filing date, the claim is:
_____     *Check all that apply.*
_____     ☐ Contingent
_____     ☐ Unliquidated
                                      ☐ Disputed

Date or dates debt was incurred       Basis for the claim:
_____     _____

Last 4 digits of account              Is the claim subject to offset?
number  _ _ _ _                       ☐ No
                                      ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address                                    $_____    $_____

_____     As of the petition filing date, the claim is:
_____     *Check all that apply.*
_____     ☐ Contingent
_____     ☑ Unliquidated
                                      ☐ Disputed

Date or dates debt was incurred       Basis for the claim:
_____     _____

Last 4 digits of account              Is the claim subject to offset?
number  _ _ _ _                       ☐ No
                                      ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address                                    $_____    $_____

_____     As of the petition filing date, the claim is:
_____     *Check all that apply.*
_____     ☐ Contingent
_____     ☐ Unliquidated
                                      ☐ Disputed

Date or dates debt was incurred       Basis for the claim:
_____     _____

Last 4 digits of account              Is the claim subject to offset?
number  _ _ _ _                       ☐ No
                                      ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor _____    Case number (if known)_____
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

**3.2 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

**3.3 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

**3.4 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

**3.5 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

**3.6 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Debtor _____    Case number (if known)_____
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|--------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.2. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.3. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.4. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 41. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.5. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.6. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.7. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.8. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.9. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.10. | Line ____  ☐ Not listed. Explain _____ | — — — — |
| 4.11. | Line ____  ☐ Not listed. Explain _____ | |

| Name | Authorized Person | Investment $ | % share of SJP |
|---|---|---|---|
| Benjamin S. Soileau | | $    50,000.00 | 2% |
| John Paul Soileau | | $    50,000.00 | 2% |
| Kevin and Katherine Smith, H&W | | $    25,000.00 | 1% |
| Adam Kestenbaum | | $    25,000.00 | 1% |
| ORP Investments, Inc./Phani Raj Sarangam | | $    25,000.00 | 1% |
| Cloverdale Capital, LLC, a GA LLC, | William Weddington | $    12,500.00 | 0.50% |
| John Rutherford | | $    12,500.00 | 0.50% |
| Philippe Elias Jaoude | | $    25,000.00 | 1% |
| Rabih Tawk | | $    25,000.00 | 1% |
| Jax Town Investments, LLC | | $   200,000.00 | 8% |
| Ryan Tompka | | $    12,500.00 | 0.50% |
| | | | |
| | | | |
| | | | |
| | | $   462,500.00 | 18.50% |
| | | | 81.50% |

Debtor _____     Case number (if known) _____
                Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ |
| 5b. **Total claims from Part 2** | 5b. + | $_____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,791,853.00 |

**List All Creditor with PRIORITY Unsecured Claims**

List in alphabetical order

2.1 Internal Revenue Service      Unknown
2.2 FL Dept of Revenue      Unknown

List All Creditors with NONPRIORITY Unsecured Claims

3.1 Nonpriority creditor's name and mailing address
Adam Kestenbaum
200 W Cameron Rd
Falls Church, VA 22046

As of the petition filing date, the claim is:     $    27,750.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    4/1/2019
Last 4 digits of account number

Basis for the claim:      Note
Is the claim subject to offset?
☐ No
☐ Yes

3.2 Nonpriority creditor's name and mailing address
Ben Soileau
404 NW Market St
Seattle, WA 98107

As of the petition filing date, the claim is:     $    57,500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/19/2019
Last 4 digits of account number

Basis for the claim:      Note
Is the claim subject to offset?
☐ No
☐ Yes

3.1 Nonpriority creditor's name and mailing address
Cloverdale Capital LLC (a Georgia limited liability company)
c/o William Weddington
1024 Shady Valley Place NE
Atlanta, GA 30324

As of the petition filing date, the claim is:     $    13,875.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    4/17/2019
Last 4 digits of account number

Basis for the claim:      Note
Is the claim subject to offset?
☐ No
☐ Yes

3.1 Nonpriority creditor's name and mailing address
Jax Town Investments
4533 Swilcan Bridge Lane North
Jacksonville, FL 32224

As of the petition filing date, the claim is:     $    238,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    6/20/2019
Last 4 digits of account number

Basis for the claim:      Note
Is the claim subject to offset?
☐ No
☐ Yes

3.1 Nonpriority creditor's name and mailing address
Jon Paul Soileau
3637 SE Kelly St
Portland, OR 97202

As of the petition filing date, the claim is:     $    57,500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    2/22/2019
Last 4 digits of account number

Basis for the claim:      Note
Is the claim subject to offset?
☐ No
☐ Yes

3.1 Nonpriority creditor's name and mailing address
JRuth SJP LLC  c/o John Rutherford
824 A1A North, Suite 301
Ponte Vedra Beach, FL 32082

As of the petition filing date, the claim is:     $    13,875.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number _____

Basis for the claim:                    Note
Is the claim subject to offset?
[ ] No
[ ] Yes

---

**3.1 Nonpriority creditor's name and mailing address**
Kevin and Katherine Smith
6500 Champion Grandview Way, Unit 27211
Austin, TX 78750

As of the petition filing date, the claim is:          $          27,500.00
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred          3/27/2019
Last 4 digits of account number _____

Basis for the claim:                    Note
Is the claim subject to offset?
[ ] No
[ ] Yes

---

**3.1 Nonpriority creditor's name and mailing address**
ORP Investments  c/o Phani Raj Sarangam
11403 Barker Cypress Rd, Ste J #205
Cypress, TX 77433

As of the petition filing date, the claim is:          $          27,500.00
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred          4/15/2019
Last 4 digits of account number _____

Basis for the claim:                    Note
Is the claim subject to offset?
[ ] No
[ ] Yes

---

**Nonpriority creditor's name and mailing address**
Philip Jaoude
5315 Mallard Roost
Williamsville, NY 14221

As of the petition filing date, the claim is:          $          27,750.00
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred          5/28/2019
Last 4 digits of account number _____

Basis for the claim:                    Note
Is the claim subject to offset?
[ ] No
[ ] Yes

---

**Nonpriority creditor's name and mailing address**
Rabih Tawk
129 Lamplighter Lane
Ponte Vedra Beach, FL 32082

As of the petition filing date, the claim is:          $          27,750.00
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred          5/30/2019
Last 4 digits of account number _____

Basis for the claim:                    Note
Is the claim subject to offset?
[ ] No
[ ] Yes

---

**Nonpriority creditor's name and mailing address**
Ryan Tomka
1915 1st St
Neptune Beach, FL 32266

As of the petition filing date, the claim is:          $          13,875.00
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred          7/10/2019
Last 4 digits of account number _____

Basis for the claim:                    Note
Is the claim subject to offset?
[ ] No
[ ] Yes

---

**Nonpriority creditor's name and mailing address**
Kingswood Universal Limited
18 Java Road, North Point
Hong Kong

As of the petition filing date, the claim is:          $          747,500.00
Check all that apply.
[ ] Contingent
[ ] Unliquidated

☐ Disputed

Date or dates debt was incurred        1/10/2020

Last 4 digits of account number        _____

Basis for the claim:        Note

Is the claim subject to offset?

☐ No

☐ Yes

---

Nonpriority creditor's name and mailing address

CG Apartments LLC

20200 Lucille Ave, Apt 35

Cupertino, CA  95014

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

As of the petition filing date, the claim is:        $        24,209.01

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:        Settlement agreement

Is the claim subject to offset?

☐ No

☐ Yes

---

Nonpriority creditor's name and mailing address

Michael Grizzle

c/o Law Office of Glenn S Banner PA

4118 Tradewinds Drive

Jacksonville, FL  32250

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

As of the petition filing date, the claim is:        $        1,909.76

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:        Settlement agreement

Is the claim subject to offset?

☐ No

☐ Yes

---

Nonpriority creditor's name and mailing address

Old Amelia Fernandina MHP LLC

Nottingham Fernandina MHP LLC

Midway Fernandina MHP LLC

Date or dates debt was incurred        2/28/2020

Last 4 digits of account number        _____

As of the petition filing date, the claim is:        $        23,500.00

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:        Settlement agreement

Is the claim subject to offset?

☐ No

☐ Yes

---

Nonpriority creditor's name and mailing address

2125 Hydepark Apartments LLC

20200 Lucille Ave, Apt 35

Cupertino, CA  95014

Date or dates debt was incurred        2/6/2020

Last 4 digits of account number        _____

As of the petition filing date, the claim is:        $        21,005.01

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:        Settlement agreement

Is the claim subject to offset?

☐ No

☐ Yes

---

Nonpriority creditor's name and mailing address

Traci Smith  c/o Law Office of Glenn S Banner PA

4118 Tradewinds Drive

Jacksonville, FL  32250

Date or dates debt was incurred        2/13/2020

Last 4 digits of account number        _____

As of the petition filing date, the claim is:        $        2,600.00

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:        Settlement agreement

Is the claim subject to offset?

☐ No

☐ Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:        $        87,187.50

Jinyi Shao
2 Bates Trail
East Greenwich, RI  02818

Date or dates debt was incurred        12/27/2019
Last 4 digits of account number

Check all that apply.
  Contingent
  Unliquidated
  Disputed

Basis for the claim:                    Note
Is the claim subject to offset?
  No
  Yes

---

Nonpriority creditor's name and mailing address
Kingswood Universal Ltd (British Virgin Islands company)
18 Java Road, North Point
Hong Kong

Date or dates debt was incurred        10/15/2019
Last 4 digits of account number

As of the petition filing date, the claim is:     $     250,000.00
Check all that apply.
  Contingent
  Unliquidated
  Disputed

Basis for the claim:                    Note
Is the claim subject to offset?
  No
  Yes

---

Nonpriority creditor's name and mailing address
Bell Ventures c/o Joanna Woo
1930 Juanita Ave
Pasadena, CA  91104

Date or dates debt was incurred        2/19/2020
Last 4 digits of account number

As of the petition filing date, the claim is:     $      44,262.74
Check all that apply.
  Contingent
  Unliquidated
  Disputed

Basis for the claim:                    Settlement Agreement
Is the claim subject to offset?
  No
  Yes

---

Nonpriority creditor's name and mailing address
Jinyi Shao
2 Bates Trail
East Greenwich, RI  02818

Date or dates debt was incurred        3/23/2020
Last 4 digits of account number

As of the petition filing date, the claim is:     $      41,666.67
Check all that apply.
  Contingent
  Unliquidated
  Disputed

Basis for the claim:                    Note
Is the claim subject to offset?
  No
  Yes

---

Nonpriority creditor's name and mailing address
CG Apartments LLC
20200 Lucille Ave, Apt 35
Cupertino, CA  95014

Date or dates debt was incurred        1/3/2020
Last 4 digits of account number

As of the petition filing date, the claim is:     $      27,500.00
Check all that apply.
  Contingent
  Unliquidated
  Disputed

Basis for the claim:                    Settlement Agreement (commission)
Is the claim subject to offset?
  No
  Yes

---

Nonpriority creditor's name and mailing address
Multifix Construction, Inc.
4905 Greenland Hideway Dr South
Jacksonville, FL  32258

Date or dates debt was incurred        1/3/2020
Last 4 digits of account number

As of the petition filing date, the claim is:     $       6,333.34
Check all that apply.
  Contingent
  Unliquidated
  Disputed

Basis for the claim:                    Settlement Agreement
Is the claim subject to offset?
  No
  Yes

$    1,8__,__9.03

*Vendors*

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    $    1,400.00 |
| 4 Season's Techs Inc | Check all that apply. |
| 1488 Beecher Lane | ☐ Contingent |
| Orange Park, FL 32073 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | |
| Last 4 digits of account number | Basis for the claim:    Servcies |
| | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    $    660.00 |
| A&L Flooring | Check all that apply. |
| 1868 Pineta Cove Dr | ☐ Contingent |
| Middleburg, FL 32068 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | |
| Last 4 digits of account number | Basis for the claim:    Services |
| | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    $    2,985.00 |
| A1 Septic Tank | Check all that apply. |
| 7300 Imeson Rd | ☐ Contingent |
| Jacksonville, FL 32219 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | |
| Last 4 digits of account number | Basis for the claim:    Services |
| | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    $    1,475.00 |
| Above and Beyond Tree Service | Check all that apply. |
| 7620 Lennon St | ☐ Contingent |
| Jacksonville, FL 32254 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | |
| Last 4 digits of account number | Basis for the claim:    Services |
| | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    $    500.00 |
| Ace of All Trades LLC | Check all that apply. |
| 6484 Fordham Circle E | ☐ Contingent |
| Jacksonville, FL 32217 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | |
| Last 4 digits of account number | Basis for the claim:    Services |
| | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    $    2,006.13 |
| Advanced Disposal | Check all that apply. |
| PO Box 743019 | ☐ Contingent |
| Atlanta, GA 30374-3019 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | |
| Last 4 digits of account number | Basis for the claim:    Services |
| | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

Nonpriority creditor's name and mailing address
Agile Premium Finance

As of the petition filing date, the claim is: $ 12,216.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:    Financed insurance
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Airsafe Inc
2720 Rosselle Street
Jacksonville, FL 32205

As of the petition filing date, the claim is: $ 8,124.36
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:    Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
All Pro Roofing and Consulting LLC
11633 Philips Highway
Jacksonville, FL 32256

As of the petition filing date, the claim is: $ 850.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:    Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Alpha Foundation Specialists Inc
PO Box 13469
Tallahassee, FL 32317

As of the petition filing date, the claim is: $ 3,227.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:    Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Another Contract Solution
7039 Eagles Perch Drive
Jacksonville, FL 32244

As of the petition filing date, the claim is: $ 6,970.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:    Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Apartment Fire Extinguisher Service Inc
5200 Beach Blvd
Jacksonville, FL 32207

As of the petition filing date, the claim is: $ 290.67
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:
Is the claim subject to offset?
☐ No
☐ Yes

Nonpriority creditor's name and mailing address
Apple Electric LLC
2001 3rd St
Neptune Beach, FL 32266

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:    $    14,502.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:         Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Appliance Mart
3870 Blanding Blvd
Jacksonville, FL 32244

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:    $    230.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:         Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
APS Group
406 Old Hard Rd Unit 205
Fleming Island, FL 32203

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:    $    6,459.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:         Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Arbor Multifamily Lending LLC
3370 Walden Ave Suite 114
Depew, NY 14043

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:    $    3,774.82
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:         Real estate taxes
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
ARD Distributors
PO Box 743884
Atlanta, GA 30374-3884

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:    $    1,502.28
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:         Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Avalon Heating & Air
9585 Sunbeam Center Drive
Jacksonville, FL 32257

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:    $    3,725.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:         Services
Is the claim subject to offset?
☐ No
☐ Yes

Nonpriority creditor's name and mailing address
B & C Remediation LLC
12627 San Jose Blvd #503
Jacksonville, Fl 32223

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $        3,250.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Bedford Cost Segregation LLC
19 Kilton Rd Ste 100
Bedford, NH 03110

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $        2,750.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Contract retainer ????
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
John Brandorff
4325 Julington Creek Rd
Jacksonville, FL 32258

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $        1,640.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
BVD Septic LLC
4883 SW 136th Ct
Lake Butler, FL 32054

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $         400.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Chills on Wheels Heating & Air Contractors Inc
6721 Stuart Ave Ste 12
Jacksonville, FL 32254

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $        6,681.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Christian Brothers Heating & Air
4549 St Augustine Rd, Ste #1
Jacksonville, FL 32207

Date or dates debt was incurred
Last 4 digits of account number

$        5,850.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 199.00 |
|---|---|---|---|

Cintas Fire Protection

7251 Salisbury Rd

Jacksonville, FL 32256

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    Services

Is the claim subject to offset?

☐ No
☐ Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 12,488.00 |
|---|---|---|---|

Creative MultiCare Inc

PO Box 1147

Jonesboro, GA 30237

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    Services

Is the claim subject to offset?

☐ No
☐ Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 425.00 |
|---|---|---|---|

Du Bolz Mobile PC

6416 Suited 21          ????????

Jacksonville, FL 32210

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    Services

Is the claim subject to offset?

☐ No
☐ Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 574.90 |
|---|---|---|---|

Eagerton Plumbing Inc.

1093 N McDuff Ave

Jacksonville, FL 32216

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    Services

Is the claim subject to offset?

☐ No
☐ Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 925.00 |
|---|---|---|---|

Ellison Property Preservation and maintenance

1072 Prospect St

Jacksonville, FL 32254

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    Services

Is the claim subject to offset?

☐ No
☐ Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 218.70 |
|---|---|---|---|

Emergency Systems Inc.

3027 Plymouth St

Jacksonville, FL 32205

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:    Services

Is the claim subject to offset?

☐ No
☐ Yes

Nonpriority creditor's name and mailing address
Fantastic Floors
1592 Park Ave
Orange Park, FL 32073

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $    1,431.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
First Coast Climate Control
11251 Business Park Blvd #7
Jacksonville, FL 32256

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $    1,509.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
First Insurance Funding
450 Skoke Blvd Ste 1000
Northbrook, IL 60062

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $    5,116.89
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Insurance
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Florida Empire Plumbing
5358 Hidden Gardens Dr
Jacksonville, FL 32258

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $    1,670.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Full Investment Ventures LLC
5991 Chester Ave Ste 209
Jacksonville, FL 32217

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $    400.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Insurance Wagon
2529 University Blvd W
Jacksonville, FL 32217

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Insurance
Is the claim subject to offset?
☐ No
☐ Yes

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 4,840.00 |
|---|---|---|

Invincible Maintenance LLC
PO 65552
Orange Park, FL  32065

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:          Services
Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,450.00 |
|---|---|---|

J&S Drain Cleaning and Plumbing Servcies
7542 John F Kennedy Drive E
Jacksonville, FL  32219

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:
Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|

JEA
PO Box 45047
Jacksonville, FL  32232

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:          Utilities
Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 35,645.57 |
|---|---|---|

KP Law PLLC
7024 Rosabella Cir
Jacksonville, FL  32258

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:          Legal services
Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|

Lenger Asset Management
221 N Hogan St #405
Jacksonville, FL  32202

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:          Various
Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 8,275.30 |
|---|---|---|

Lloyds Heating and Air
11633 Philips Hwy
Jacksonville, FL  32256

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:          Services
Is the claim subject to offset?
- [ ] No
- [ ] Yes

Nonpriority creditor's name and mailing address
Marshall Window
11034 Harbor Cay Ct
Jacksonville, FL 32225

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:                    $    1,180.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Morris & Kids Plumbing Inc
4320 Deerwood Lake Parkway #101-214
Jacksonville, FL 32246

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:                    $   17,432.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Multifix Construction Group
4905 Greenland Hideaway Drive S
Jacksonville, FL 32258

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:                    $    1,294.18
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
North Florida Lawn LLC
1859 Caravan Trail Ste 107
Jacksonville, FL 32216

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:                    $   51,915.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Omnipotent Hands The Handy Man Company LLC
6900 Phillips Hwy Ste #22
Jacksonville, FL 32216

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:                    $    2,275.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
One Way Home Services
3376 Phillips Hwy
Jacksonville, FL 32207

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:                    $    1,020.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Services
Is the claim subject to offset?
☐ No
☐ Yes

Nonpriority creditor's name and mailing address
Pacheco Danna A Cleaning Service LLC
4235 Victor St
Jacksonville, FL  32207

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          2,945.00
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:          Services
Is the claim subject to offset?
[ ] No
[ ] Yes

---

Nonpriority creditor's name and mailing address
Precise Definition Enterprise inc
7 East 18th St
Jacksonville, FL  32206

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          4,840.00
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:          Services
Is the claim subject to offset?
[ ] No
[ ] Yes

---

Nonpriority creditor's name and mailing address
Presto Plumbing LLC
6114 Goodman Rd
Jacksonville, FL  32244

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          2,209.37
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:          Services
Is the claim subject to offset?
[ ] No
[ ] Yes

---

Nonpriority creditor's name and mailing address
R C Slaughter Home Repair
1423 Manotak Pointe Dr #105
Jacksonville, FL  32210

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          159.00
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:          Services
Is the claim subject to offset?
[ ] No
[ ] Yes

---

Nonpriority creditor's name and mailing address
RentPath Holdings Inc
PO Box 740925
Atlanta, GA  30374-0925

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          3,914.91
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:          Services
Is the claim subject to offset?
[ ] No
[ ] Yes

---

Nonpriority creditor's name and mailing address
Republic Services #687
PO Box 9001099
Louisville, KY  40290-1099

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          864.15
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:          Services
Is the claim subject to offset?
[ ] No
[ ] Yes

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 240.00 |

Nonpriority creditor's name and mailing address
Rodney Wilson Plumbing
5142 San Juan Ave
Jacksonville, FL 32210

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: $ 240.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:      Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Ron Russell Roofing Inc
4419 Hudnall Rd
Jacksonville, FL 32207

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: $ 1,050.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:      Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Sisters House Cleaning
PO Box 10784
Jacksonville, FL 32247

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: $ 8,725.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:      Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Southern Fumigation and Pest Control Inc.
522 E Macclenny Ave
Macclenny, FL 32063

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: $ 1,330.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:      Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Caudill Supply
5571 Los Santos Way 8304
Jacksonville, FL 3211

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: $ 2,267.24
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:      Services
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
To the T Pools
9795 Hilltop Blvd
Jacksonville, FL 32246

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: $ 6,545.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:      Services
Is the claim subject to offset?
☐ No
☐ Yes

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>Two Fold Water Engineering Inc<br>PO Box 767<br>Melrose, FL 32666 | As of the petition filing date, the claim is: $ 295.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>Last 4 digits of account number | Basis for the claim: Services<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes |

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>Wall 2 Wall Maintenance LLC<br>PO Box 2111<br>Yulee, FL 32041 | As of the petition filing date, the claim is: $ 2,050.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>Last 4 digits of account number | Basis for the claim: Services<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes |

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197-4648 | As of the petition filing date, the claim is: Unknown<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>Last 4 digits of account number | Basis for the claim:<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes |

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>Waste Pro<br>PO Box 865200<br>Orlando, FL 32886-5204 | As of the petition filing date, the claim is: Unknown<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>Last 4 digits of account number | Basis for the claim: Services<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes |

| | |
|---|---|
| Nonpriority creditor's name and mailing address<br>Willman Air LLC<br>13140 Tamarisk Ct<br>Jacksonville, FL 32246 | As of the petition filing date, the claim is: $ 635.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>Last 4 digits of account number | Basis for the claim: Services<br>Is the claim subject to offset?<br>☐ No<br>☐ Yes |

*Owners*

**Nonpriority creditor's name and mailing address**
Yury Orlov
5730 Serrania Ave
Woodland Hills, CA  91367

**As of the petition filing date, the claim is:**          $          5,022.12
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:**          Security deposits; owner funds
**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
Windermere Place Apts
PO Box 2505
Oldsmar, FL  34677

**As of the petition filing date, the claim is:**          $          19,197.10
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:**          Security deposits; prepaid rent; owners funds
**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
Wayne Dietel
731 Duval Station Rd
Jacksonville, FL  32218

**As of the petition filing date, the claim is:**          $          2,364.61
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:**          Security deposits; owner funds
**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
E E Waters
2774 Usina St
St Augustine, FL  32084

**As of the petition filing date, the claim is:**          $          3,648.71
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:**          Owners funds
**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
Vision Properties Land Trust (Sanjay Trivedi)
624 Fenwick Lane
St Johns, FL 32259

**As of the petition filing date, the claim is:**          $          4,182.77
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:**          Security deposits; owner funds
**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
Ventesh LLC
5060 SW Philomath Blvd #346
Corvallis, OR  32413

**As of the petition filing date, the claim is:**          $          4,031.24
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Basis for the claim:**          Security deposits; owner funds
**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
Valentines 10

**As of the petition filing date, the claim is:**          $          586.00
Check all that apply.

**1710 N Main St**
**Jacksonville, FL  32202**

| | |
|---|---|
| | Contingent |
| | Unliquidated |
| | Disputed |

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:                    Owners funds

Is the claim subject to offset?

| | |
|---|---|
| | No |
| | Yes |

---

**Nonpriority creditor's name and mailing address**
**Trezzano B LLC (Stefano Khan)**
**650 West ?Ave., Apt 401**
**Miami Beach, FL  33139**

As of the petition filing date, the claim is:          $          6,454.54
Check all that apply.

| | |
|---|---|
| | Contingent |
| | Unliquidated |
| | Disputed |

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:                    Security deposits; owner funds

Is the claim subject to offset?

| | |
|---|---|
| | No |
| | Yes |

---

**Nonpriority creditor's name and mailing address**
**Travis Moe**
**49035 Quimera Ct**
**La Quinta, CA  92253**

As of the petition filing date, the claim is:          $          6,140.74
Check all that apply.

| | |
|---|---|
| | Contingent |
| | Unliquidated |
| | Disputed |

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:                    Security deposits; owner funds

Is the claim subject to offset?

| | |
|---|---|
| | No |
| | Yes |

---

**Nonpriority creditor's name and mailing address**
**Tony Wong**
**10262 Via Corta**
**Villa Park, CA  92861**

As of the petition filing date, the claim is:          $          1,906.42
Check all that apply.

| | |
|---|---|
| | Contingent |
| | Unliquidated |
| | Disputed |

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:                    Security deposits; owner funds

Is the claim subject to offset?

| | |
|---|---|
| | No |
| | Yes |

---

**Nonpriority creditor's name and mailing address**
**Tim and Mary Anne Smallwood**
**965 Sullivan Ct**
**Chula Vista, CA  91911**

As of the petition filing date, the claim is:          $          27,029.10
Check all that apply.

| | |
|---|---|
| | Contingent |
| | Unliquidated |
| | Disputed |

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:                    Prepaid rent; owner funds

Is the claim subject to offset?

| | |
|---|---|
| | No |
| | Yes |

---

**Nonpriority creditor's name and mailing address**
**Thinh Pham**
**141 N Deerwood St**
**Orange, CA  92869**

As of the petition filing date, the claim is:          $          4,161.50
Check all that apply.

| | |
|---|---|
| | Contingent |
| | Unliquidated |
| | Disputed |

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:                    Security deposits; owner funds

Is the claim subject to offset?

| | |
|---|---|
| | No |
| | Yes |

---

**Nonpriority creditor's name and mailing address**
**The Mason Apartments**
**129 Lamplighter Ln**
**Ponte Vedra Beach, FL  32082**

As of the petition filing date, the claim is:          $          11,089.17
Check all that apply.

| | |
|---|---|
| | Contingent |
| | Unliquidated |

☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owner funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Syed Zeyad
5801 Utah Ave NW
Wasington DC  20015

As of the petition filing date, the claim is:          $          2,590.62
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owner funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Susan True


As of the petition filing date, the claim is:          $          3,629.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Steve Mandelbaum
13245 Atlantic Blvd Ste 4-230
Jacksonville, FL  32225

As of the petition filing date, the claim is:          $          7,125.92
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Sharlene Bieler
89 Adams Street
East Islip, NY  11730

As of the petition filing date, the claim is:          $          6,865.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Scott Hayward
4544 Whitewood Ave
Long Beach, CA  90808

As of the petition filing date, the claim is:          $          4,679.48
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Sami Nasser
15450 SW 26th Terrace
Miami, FL  33185

As of the petition filing date, the claim is:          $          4,795.57
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:    Security deposits; owner funds

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
Ryan Hiebsch
3018 Alvarado Ave
Jacksonville, FL 32217

As of the petition filing date, the claim is:    $    910.42
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:    Owners funds

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
Principia Properties
1437 Rhode Island Ave NW Unit 601
Washington DC 20005

As of the petition filing date, the claim is:    $    2,742.16
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:    Security deposits; owners funds

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
Podco Capital
101 Marketside Ave, Ste 404-240
Ponte Vedra, VL 32081

As of the petition filing date, the claim is:    $    2,592.27
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:    Security deposits; owners funds

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
Peter Kam
2960 Sunset Hills
Escondido, CA 92025

As of the petition filing date, the claim is:    $    4,908.50
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:    Security deposits; owners funds

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
Pearce Springfield LLC
3637 SE Kelly St
Portland, OR 97202

As of the petition filing date, the claim is:    $    6,722.70
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:

Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

**Nonpriority creditor's name and mailing address**
Palms of Arlington LLC
PO Box 550740
Jacksonville, FL 32255

As of the petition filing date, the claim is:    $    9,014.99
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:

Is the claim subject to offset?

☐ No
☐ Yes

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 19,315.08 |
| Old Amelia Fernandina MHP LLC | Check all that apply. |
| 1800 Newport Hills Drive E | ☐ Contingent |
| Newport Beach, CA 92660 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: Security deposits; owners funds |
| Last 4 digits of account number | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 8,164.63 |
| Nottingham Fernandina MHP LLC | Check all that apply. |
| 1800 Newport Hills Drive E | ☐ Contingent |
| Newport Beach, CA 92660 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 6,592.12 |
| Neil Singleton/ TBNJ LLC | Check all that apply. |
| 508 S Harbor Lights Dr | ☐ Contingent |
| Ponte Vedra, FL 32081 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: Security deposits; owner funds |
| Last 4 digits of account number | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 6,064.29 |
| MTRRE Properties LLC | Check all that apply. |
| 965 Sullivan Ct | ☐ Contingent |
| Chula Vista, CA 91911 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: Security deposits; owners funds |
| Last 4 digits of account number | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 7,410.89 |
| Mockingbird Ventures | Check all that apply. |
| 404 NW Market Street | ☐ Contingent |
| Seattle, WA 98107-2706 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: Security deposits; owners funds |
| Last 4 digits of account number | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ 17,346.92 |
| Midway Fernandina MHP LLC | Check all that apply. |
| 1800 Newport Hills Drive E | ☐ Contingent |
| Newport Beach, CA 92660 | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: Security deposits; owners funds |
| Last 4 digits of account number | Is the claim subject to offset? |
| | ☐ No |
| | ☐ Yes |

Nonpriority creditor's name and mailing address
Michael & Kathryn House
8520 W Cougar Ave
Las Vegas, NV  89113

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          3,774.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
L&Z Properties
18602 Jiretz Rd
Odessa, FL  33556

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          66,885.26
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Kirsten and Jon Braddock
384 Pelican Pointe Rd
Ponte Vedra, FL  32081

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          3,459.23
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Kevin and Carol Carr
421 Cabrillo St
Costa Mesa, CA  92627

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          1,272.87
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Kathy & Howard Yang
617 W University Pkwy
Baltimore, MD  21210

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          3,373.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Justina Rd Apartments LLC
1140 Barker Cypress Rd, Ste J#205
Cypress, TX  77433

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:          $          22,512.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,300.00 |
|---|---|---|

Justin McMurphy
8101 Escola St
Navarre, FL 32566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $ 6,075.00

Jonathan Pham
6298 Benecia Ave
Neward, CA 94560

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $ 97.00

Johnathan Lai

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $ 3,945.50

John Weaver
13046 Ft Caroline Rd
Jacksonville, FL 32225

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $ 31,274.76

JTA4 Real Properties (Peoples Choice Apartments LLC)
2647 West Evans Ave Unit 109
Denver, CO 80219

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Prepaid rent; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $ 697.19

Jazmine Garard
6101 Edsall Rd #1412
Alexandria, VA 22304

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Security deposits
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: $ 17,081.86

Jax Town Investments LLC

Check all that apply.

4533 Swilcan Bridge Lane N
Jacksonville, FL  32224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number _____

Basis for the claim:          Various
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Jax 1359 W 15th
4704 Neptune Ave, Apt A
Newport Beach, CA  92663

As of the petition filing date, the claim is:        $        1,130.47
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number _____

Basis for the claim:          Prepaid rent; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Jason Cruz
14301 101st Pl NE
Kirkland, WA  9804

As of the petition filing date, the claim is:        $        1,736.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Jacob Seamons
4854 N Shady Bend Ln
Lehi, UT  84043

As of the petition filing date, the claim is:        $        25,821.61
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
IRA Innovations LLC fbo Connie Henning
18605 Jiretz Rd
Odessa, FL  33556

As of the petition filing date, the claim is:        $        5,640.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Inspiration for Innovation LLC (Bashir Osman)
100 Bayview #1130
Sunny Isles, FL  33160

As of the petition filing date, the claim is:        $        1,473.49
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
GMAFL LLC
18605 Jiretz Rd
Odessa, FL  33556

As of the petition filing date, the claim is:        $        11,611.97
Check all that apply.
☐ Contingent
☐ Unliquidated

☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:    Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Gene Fernando
1740 La Plaza Dr
San Marcos, CA  92069

As of the petition filing date, the claim is:    $    4,875.86
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:    Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
GDVD Clock, LLC
16052 Sun Summit Point
San Diego, CA  92127

As of the petition filing date, the claim is:    $    4,125.35
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:    Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
GDVD Beachwood LLC
16052 Sun Summit Point
San Diego, CA  92127

As of the petition filing date, the claim is:    $    2,733.93
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:    Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Mehta Gagan

As of the petition filing date, the claim is:    $    1,550.31
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:    Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
Frank Lin (NEI Susie Land Trust)
801 Crystal Springs Way
St Augustine, FL  32092

As of the petition filing date, the claim is:    $    1,923.91
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:    Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

---

Nonpriority creditor's name and mailing address
FL Associates
11250 Old St Augustine Rd, 15-252
Jacksonville, FL  32257

As of the petition filing date, the claim is:    $    724.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:          Security deposits
Is the claim subject to offset?
[ ] No
[ ] Yes

---

Nonpriority creditor's name and mailing address
First Shore Property Group LLC
11121 Castlemain Cir S
Jacksonville, FL 32256

As of the petition filing date, the claim is:          $          34,390.68
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
[ ] No
[ ] Yes

---

Nonpriority creditor's name and mailing address
Elizabeth Duke
5232 Panama Ave
Richmond, CA 94804

As of the petition filing date, the claim is:          $          7,475.20
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
[ ] No
[ ] Yes

---

Nonpriority creditor's name and mailing address
Dennis Varela
403 Bainbridge
Panama City Beach, FL 32413

As of the petition filing date, the claim is:          $          4,601.45
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
[ ] No
[ ] Yes

---

Nonpriority creditor's name and mailing address
Dennis McCarthy
569 Bradford Lane
Hutto, TX 78634

As of the petition filing date, the claim is:          $          80.00
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Owners funds
Is the claim subject to offset?
[ ] No
[ ] Yes

---

Nonpriority creditor's name and mailing address
David Kinter
5545 Ocean Gate Ln Apt 107
San Diego, CA 92154

As of the petition filing date, the claim is:          $          1,846.75
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?
[ ] No
[ ] Yes

---

Nonpriority creditor's name and mailing address
Dave Bolduc
6 Meadow View Dr
North Haven, CT 06473

As of the petition filing date, the claim is:          $          3,336.86
Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred _____
Last 4 digits of account number _____

Basis for the claim:          Security deposits; owners funds
Is the claim subject to offset?

☐ No
☐ Yes

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,008.14 |
|---|---|---|
| Danue and Guy Laborde | Check all that apply. | |
| 2200 Purdue Dr | ☐ Contingent | |
| Fort Collins, CO 80525 | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,246.26 |
|---|---|---|
| Daniel Culverwell | Check all that apply. | |
| 1009 Colina Vista Lane | ☐ Contingent | |
| Crowley, TX 76036 | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,056.33 |
|---|---|---|
| Damy and Olu Oyelade | Check all that apply. | |
| 100 N Laura St | ☐ Contingent | |
| Jacksonville, FL 32202 | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,100.34 |
|---|---|---|
| Connie Henning Traditional IRA | Check all that apply. | |
| 18605 Jiretz Rd | ☐ Contingent | |
| Odessa, FL 33556 | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 4,747.00 |
|---|---|---|
| Chuck & Vicky Trenkle | Check all that apply. | |
| PO Box 13124 | ☐ Contingent | |
| Palm Desert, CA 92255 | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Security deposits; owners funds
Is the claim subject to offset?
☐ No
☐ Yes

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 60.00 |
|---|---|---|
| Chitra Kuthiala | Check all that apply. | |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim: Owners funds
Is the claim subject to offset?
☐ No
☐ Yes

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 4,438.56 |
| Charles Pen Volkman | Check all that apply. |
| 5612 Pioneer Rd | ☐ Contingent |
| Denver, CO 80301 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** | **Basis for the claim:** Security deposits; owners funds |
| | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 5,488.50 |
| Chakkola LLC | Check all that apply. |
| 10881 Cory Lake Dr | ☐ Contingent |
| Tampa, FL 33647 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** | **Basis for the claim:** Security deposits; owners funds |
| | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 13,300.86 |
| Cambridge Property Hldings LLC | Check all that apply. |
| 560 Sylvan Ave, Ste 1210 | ☐ Contingent |
| Englewood Cliffs, NJ 07632 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** | **Basis for the claim:** Prepaid rent |
| | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 3,604.58 |
| Brad Pickell (LEEM Properties LLC) | Check all that apply. |
| 423 East 12th Ave | ☐ Contingent |
| Conshohocken, PA 19428 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** | **Basis for the claim:** Security deposits; owners funds |
| | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 6,408.85 |
| Blue NJ LLC | Check all that apply. |
| 177 Ocean Lane Dr #900 | ☐ Contingent |
| Key Biscayne, FL 33149 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** | **Basis for the claim:** Owners funds |
| | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 9,727.07 |
| Benjamin & Emily Anderson | Check all that apply. |
| 20815 N Holcomb Rd | ☐ Contingent |
| Mead, WA 99021 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| **Last 4 digits of account number** | **Basis for the claim:** Security deposits; owners funds |
| | **Is the claim subject to offset?** |
| | ☐ No |
| | ☐ Yes |

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 43,675.24 |
|---|---|---|

**Bell Ventures Inc**
1930 Juanita Ave
Pasadena, CA 91104

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:    Owners funds
Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 645.41 |
|---|---|---|

**Arbor Investments (Jesse Manalo)**
7062 Miltondale Rd
Macclenny, FL 32063

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:    Owners funds
Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 52,848.32 |
|---|---|---|

**AP Holdings (Alexander Pogrebinsky)**
100 N Laura St
Jacksonville, FL 32202

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:    Security deposits; owners funds
Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 9,026.44 |
|---|---|---|

**Anjanette Scott**
1796 Via Natal
San Lorenzo, CA 94580

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:    Security deposits; prepaid rent; Owners funds
Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 3,272.50 |
|---|---|---|

**Alexander Sablin**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:    Security deposits; owners funds
Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 11,805.23 |
|---|---|---|

**Adam Kestenbaum**
200 W Cameron Rd
Falls Church, VA 22046

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
Last 4 digits of account number

Basis for the claim:    Security deposits; owners funds
Is the claim subject to offset?
- [ ] No
- [ ] Yes

---

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 26,907.17 |
|---|---|---|

2125 Hyde Park

Check all that apply.    There is a settlement ag...

20200 Lucille Ave, Apt 35
Cupertino, CA  95014

Date or dates debt was incurred
Last 4 digits of account number

| | Contingent |
| | Unliquidated |
| | Disputed |

this balance is included

Basis for the claim:
Is the claim subject to offset?

| | No |
| | Yes |

$    70,475.39

**Fill in this information to identify the case:**

Debtor name __Saint Johns Properties, LLC__

United States Bankruptcy Court for the: __Middle__        District of __Florida__
                                                                    (State)

Case number (If known): __3:20-bk-03082-JAF__        Chapter __7__

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor _____    Case number (if known)_____
           Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

   Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases        State the name and mailing address for all other parties with
                                                whom the debtor has an executory contract or unexpired lease

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

2._   State what the contract or
      lease is for and the nature
      of the debtor's interest

      State the term remaining

      List the contract number of
      any government contract

**Fill in this information to identify the case:**

Debtor name  Saint Johns Properties, LLC

United States Bankruptcy Court for the: Middle _____ District of Florida
_____ (State)

Case number (if known):  3:20-bk-03082-JAF

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor _____     Case number (if known) _____
            Name

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**                                           **Column 2: Creditor**

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|

2.___ _____  
Street _____  
_____  
City    State    ZIP Code  
_____  ☐ D  ☐ E/F  ☐ G

2.___ _____  
Street _____  
_____  
City    State    ZIP Code  
_____  ☐ D  ☐ E/F  ☐ G

2.___ _____  
Street _____  
_____  
City    State    ZIP Code  
_____  ☐ D  ☐ E/F  ☐ G

2.___ _____  
Street _____  
_____  
City    State    ZIP Code  
_____  ☐ D  ☐ E/F  ☐ G

2.___ _____  
Street _____  
_____  
City    State    ZIP Code  
_____  ☐ D  ☐ E/F  ☐ G

2.___ _____  
Street _____  
_____  
City    State    ZIP Code  
_____  ☐ D  ☐ E/F  ☐ G

2.___ _____  
Street _____  
_____  
City    State    ZIP Code  
_____  ☐ D  ☐ E/F  ☐ G

2.___ _____  
Street _____  
_____  
City    State    ZIP Code  
_____  ☐ D  ☐ E/F  ☐ G

**Fill in this information to identify the case:**

Debtor name __**Saint Johns Properties, LLC**__

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   __**3:20-bk-03082-JAF**__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

■    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

■    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

■    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

■    *Schedule H: Codebtors (Official Form 206H)*

■    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐    *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/25/21__    x _____
                                     Signature of individual signing on behalf of debtor

                                   **Keith D. Lenger**
                                   Printed name

                                   **Owner**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name __Saint Johns Properties, LLC__

United States Bankruptcy Court for the: __Middle__   District of __Florida__
(State)

Case number (if known): __3:20-bk-03082-JAF__

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | | |
| **From the beginning of the fiscal year to filing date:** | From 1/1/20 to Filing date | ☒ Operating a business ☐ Other _____ | $ 176,255.53 |
| **For prior year:** | From 1/1/19 to 12/31/19 | ☒ Operating a business ☐ Other _____ | $ 1,408,766.38 |
| **For the year before that:** | From 1/1/18 to 1/31/18 | ☒ Operating a business ☐ Other _____ | $ 1,640,783.44 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None



| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date | _____ | $_____ |
| **For prior year:** | From _____ to _____ | _____ | $_____ |
| **For the year before that:** | From _____ to _____ | _____ | $_____ |

Debtor _____    Case number (if known)_____
                    Name

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

   | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | | | $_____ | ☐ Secured debt |
   | | Creditor's name | _____ | | ☐ Unsecured loan repayments |
   | | Street | _____ | | ☐ Suppliers or vendors |
   | | | _____ | | ☐ Services |
   | | City          State        ZIP Code | | | ☐ Other _____ |
   | 3.2. | | | $_____ | ☐ Secured debt |
   | | Creditor's name | _____ | | ☐ Unsecured loan repayments |
   | | Street | _____ | | ☐ Suppliers or vendors |
   | | | _____ | | ☐ Services |
   | | City          State        ZIP Code | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

   | | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | Keith Lenger | _____ | $ 6,354.<sup>69</sup>/yr | May be work related |
   | | Insider's name | _____ | | need further review. |
   | | 11ª Cottage Ave | _____ | See Excel | |
   | | Street | | | |
   | | Jacksonville FL 32206 | | | |
   | | City          State        ZIP Code | | | |
   | | Relationship to debtor | | | |
   | 4.2. | Steven Hedrickson | _____ | $ 15,487.45 | Unable to answer |
   | | Insider's name | | | as unable to communicate |
   | | Unknown. | | See Excel | with party. |
   | | Street | | | |
   | | City          State        ZIP Code | | | |
   | | Relationship to debtor | | | |

Form 287
Part 2 (4)          Keith Lenger

| Date | Transaction Type | Adj | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| 10/21/2019 | Expense | No | Keith Lenger | EVERYDAY CHECKING JUSTINA | SJP Operating (WF9148) | 600.00 |
| 10/24/2019 | Expense | No | Keith Lenger | XXXXX8577 REF #IB072KKLPR ON 10/24/19 | SJP Operating (WF9148) | 2,000.00 |
| 11/12/2019 | Expense | No | Keith Lenger | EVERYDAY CHECKING JUSTINA AND 5TH ST ALI | SJP Operating (WF9148) | 300.00 |
| 11/18/2019 | Expense | No | Keith Lenger | XXXXX8577 REF #IB076G7GYY ON 11/18/19 | SJP Operating (WF9148) | 25.00 |
| 11/20/2019 | Expense | No | Keith Lenger | XXXXX8577 REF #IB076QND6N ON 11/20/19 | SJP Operating (WF9148) | 2,692.00 |
| 11/25/2019 | Expense | No | Keith Lenger | XXXXX8577 REF #IB077GTM6F ON 11/25/19 | SJP Operating (WF9148) | 200.00 |
| 12/24/2019 | Expense | No | Keith Lenger | XXXXX8577 REF #IB07CYYKQN ON 12/24/19 | SJP Operating (WF9148) | 300.00 |
| 01/30/2020 | Expense | No | Family Dollar | FAMILY DOLLAR #      JACKSONVILLE FL P000000008221459 CARD 6988 | SJP Operating (WF9148) | 5.35 |
| 01/31/2020 | Expense | No | Family Dollar | FAMILY DOLLAR #      JACKSONVILLE FL P0000000087145099 CARD 6988 | SJP Operating (WF9148) | 2.68 |
| 02/03/2020 | Expense | No | | STRINGS SPORTS BRE    JACKSONVILLE FL S380031856241945  CARD 6988 | SJP Operating (WF9148) | 28.54 |
| 02/07/2020 | Expense | No | Social Grounds | *SOCIAL GROUNDS      Jacksonville FL S46003750429830  CARD 6988 | SJP Operating (WF9148) | 2.94 |
| 02/19/2020 | Expense | No | Social Grounds | *SOCIAL GROUNDS      Jacksonville FL S38004948706047  CARD 6988 | SJP Operating (WF9148) | 3.44 |
| 02/20/2020 | Expense | No | | TST CULHANE S IRI    JACKSONVILLE FL S380051056034370  CARD 6988 | SJP Operating (WF9148) | 42.31 |
| 03/12/2020 | Expense | No | | 6988 | SJP Operating (WF9148) | 30.44 |
| 03/13/2020 | Expense | No | Fred Cottens | Card 6988 | SJP Operating (WF9148) | 71.99 |
| 03/23/2020 | Expense | No | | XXXXX8577 REF #IB07V2KMRQ ON 03/23/20 | SJP Operating (WF9148) | 50.00 |
| | | | | | | $  6,354.69 |

Form 207
Part 2 (4)

Steven Hendrickson

| Date | Transaction Type | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|
| 10/30/2019 | Expense | Steven Hendrickson | ONLINE TRANSFER TO HENDRICKSON S EVERYDAY CHECKING XXXXXX4819 REF #IB073G4WZQ ON 10/30/19 | AppFolio Operating (WF2330) | 500.00 |
| 11/29/2019 | Expense | Katrina Camaj | ZELLE TO CAMAJ KATRINA ON 11/28 REF #RP07TV3VC2 STEVEN HENDRICKSON PAY | SJP Operating (WF9148) | 700.00 |
| 12/03/2019 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 12/03 REF #RP078T7S79 PAYROLL | SJP Operating (WF9148) | 500.00 |
| 12/05/2019 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 12/04 REF #RP079YQ7HM STEVEN PAYROLL | SJP Operating (WF9148) | 500.00 |
| 12/06/2019 | Expense | Katrina Camaj | ZELLE TO CAMAJ KATRINA ON 12/06 REF #RP0799JX6C STEVEN PAYROLL VIA KATRINA ACCT | SJP Operating (WF9148) | 1,700.00 |
| 12/06/2019 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 12/06 REF #RP079CPMFS | SJP Operating (WF9148) | 500.00 |
| 12/10/2019 | Expense | | PAYROLL | SJP Operating (WF9148) | 500.00 |
| 12/13/2019 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 12/12 REF #RP07B5Y4QQ | SJP Operating (WF9148) | 500.00 |
| 12/16/2019 | Expense | | ONLINE TRANSFER TO HENDRICKSON S EVERYDAY CHECKING XXXXXX4819 REF #IB078SKB87 ON 12/16/19 | SJP Operating (WF9148) | 462.69 |
| 12/18/2019 | Expense | Steven Hendrickson | ONLINE TRANSFER TO HENDRICKSON S EVERYDAY CHECKING XXXXXX4819 REF #IB07C3SGYD ON 12/18/19 | SJP Operating (WF9148) | 9.99 |
| 12/18/2019 | Expense | Steven Hendrickson | ONLINE TRANSFER TO HENDRICKSON S EVERYDAY CHECKING XXXXXX4819 REF #IB07BZFD6S ON 12/17/19 | SJP Operating (WF9148) | 223.81 |
| 12/19/2019 | Expense | Steven Hendrickson | PAYROLL | SJP Operating (WF9148) | 1,000.00 |
| 12/23/2019 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 12/22 REF #RP07CQWTBB PAYROLL | SJP Operating (WF9148) | 500.00 |
| 12/26/2019 | Expense | Steven Hendrickson | PAYROLL | SJP Operating (WF9148) | 1,000.00 |
| 12/27/2019 | Expense | Steven Hendrickson | PAYROLL | SJP Operating (WF9148) | 250.00 |
| 12/30/2019 | Expense | Steven Hendrickson | PAYROLL | SJP Operating (WF9148) | 500.00 |
| | | | Overpayment 4Q19 | | 9,346.49 |
| | | | Steven did not report any payroll after 11/20/19 for 3Q20 | | |
| 1/1/2020 | | | Steven net payroll | | 2,387.94 |
| 1/15/2020 | | | Steven net payroll | | 2,223.42 |

| Date | Description | Amount |
|---|---|---|
| 1/29/2020 | Steven net payroll | 2,223.42 |
| 2/12/2020 | Steven net payroll | 2,223.42 |
| 2/26/2020 | Steven net payroll | 2,223.42 |
| 3/11/2020 | Steven net payroll | 2,223.42 |
| 3/25/2020 | Steven net payroll | 2,223.42 |
| | | 15,728.46 |

| Date | Type | Name | Description | Account | Amount |
|---|---|---|---|---|---|
| 01/02/2020 | Expense | Steven Hendrickson | ONLINE TRANSFER TO HENDRICKSON STEVEN S REF #IB07DYXMRK EVERYDAY CHECKING JEA | SJP Operating (WF9148) | 270.15 |
| 01/03/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 01/03 REF #RP07FLYVLQ JAN 2 PAYROLL | SJP Payroll (WF9130) | 2,387.95 |
| 01/10/2020 | Expense | Steven Hendrickson | PAYROLL | SJP Operating (WF9148) | 500.00 |
| 01/14/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 01/14 REF #RP07H3XY5G | SJP Payroll (WF9130) | 250.00 |
| 01/15/2020 | Expense | Steven Hendrickson | PAYROLL | SJP Operating (WF9148) | 2,223.40 |
| 01/15/2020 | Expense | | NON-WF ATM WITHDRAWAL        AUTHORIZED ON  01/15 *BERNARDIN CHICAGO      IL  00300015844712753 ATM ID IILN0101 CARD 4517 | SJP Operating (WF9148) | 303.00 |
| 01/15/2020 | Expense | | 25 N. Market LO  WEB PMTS   011520 Y6RF41      Steven Hendrickson | SJP Operating (WF9148) | 1,436.36 |
| 01/16/2020 | Expense | | ONLINE TRANSFER TO HENDRICKSON S EVERYDAY CHECKING XXXXXX4819 REF #IB07HJ5B5K ON 01/16/20 | SJP Operating (WF9148) | 560.94 |
| 01/23/2020 | Deposit | | ONLINE TRANSFER FROM HENDRICKSON S EVERYDAY CHECKING XXXXXX4819 REF #IB07JH69R3 ON 01/23/20 | SJP Operating (WF9148) | (443.28) |
| 01/27/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 01/26 REF #RP07JVRJHL | SJP Operating (WF9148) | 250.00 |
| 01/30/2020 | Expense | Steven Hendrickson | ONLINE TRANSFER TO HENDRICKSON S REF #IB07KBBBR6 EVERYDAY CHECKING JEA | SJP Operating (WF9148) | 74.82 |
| 01/31/2020 | Expense | Steven Hendrickson | ONLINE TRANSFER TO HENDRICKSON S EVERYDAY CHECKING XXXXXX4819 REF #IB07KNZN2Y ON 01/31/20 | SJP Operating (WF9148) | 12.50 |
| 02/03/2020 | Expense | Steven Hendrickson | ATM WITHDRAWAL        AUTHORIZED ON  01/31 1562 ATLANTIC BLVD    JACKSONVILLE  FL  0009771       ATM ID 0255D   CARD 4517 | SJP Operating (WF9148) | 300.00 |
| 02/03/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 02/02 REF #RP07L3BZYQ | SJP Operating (WF9148) | 500.00 |
| 02/05/2020 | Expense | Steven Hendrickson | PURCHASE        AUTHORIZED ON  02/04 GOOGLE*GSUITE SJP J    INTERNET    CA  S300035562460446   CARD 4517 | SJP Operating (WF9148) | 288.37 |
| 02/06/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 02/05 REF #RP07LNLJ5 | SJP Operating (WF9148) | 500.00 |
| 02/07/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 02/07 REF #RP07LY4FS7 | SJP Operating (WF9148) | 500.00 |
| 02/10/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 02/08 REF #RP07M4LZZ4 | SJP Operating (WF9148) | 250.00 |
| 02/11/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 02/11 REF #RP07MFSHYN | SJP Operating (WF9148) | 500.00 |
| 02/11/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 02/11 REF #RP07MHR9LG | SJP Operating (WF9148) | 250.00 |
| 02/18/2020 | Expense | Steven Hendrickson | ONLINE TRANSFER TO HENDRICKSON S EVERYDAY CHECKING XXXXXX4819 REF #IB07NDMXRP ON 02/17/20 | SJP Operating (WF9148) | 305.00 |

| Date | Type | Name | Description | Account | Amount |
|---|---|---|---|---|---|
| 02/18/2020 | Expense | | ZELLE TO HENDRICKSON STEVEN ON 02/16 REF #RP07NB29TG | SJP Payroll (WF9130) | 500.00 |
| 02/19/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 02/19 REF #RP07NQS8GB | SJP Operating (WF9148) | 500.00 |
| 02/21/2020 | Expense | | PURCHASE          AUTHORIZED ON  02/20 SQ *CAFE TOLA #5 O    Chicago    IL  S58005185581172   CARD 4517 | SJP Operating (WF9148) | 13.63 |
| 02/21/2020 | Expense | Steven Hendrickson | PAYROLL | SJP Operating (WF9148) | 400.00 |
| 02/24/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 02/24 REF #RP07PFWQ8C | SJP Operating (WF9148) | 250.00 |
| 02/25/2020 | Expense | | ATM WITHDRAWAL          AUTHORIZED ON  02/24 803 LOMAX STREET      JACKSONVILLE  FL  0002487        ATM ID 0875J    CARD 4517 | SJP Operating (WF9148) | 300.00 |
| 02/26/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 02/26 REF #RP07PRXSMN | SJP Operating (WF9148) | 150.00 |
| 03/02/2020 | Expense | | ZELLE TO HENDRICKSON STEVEN ON 02/29 REF #RP07QDXNPT | SJP Operating (WF9148) | 750.00 |
| 03/04/2020 | Expense | | ZELLE TO HENDRICKSON STEVEN ON 03/04 REF #RP07R48VOG | SJP Payroll (WF9130) | 2,500.00 |
| 03/05/2020 | Expense | | PURCHASE          AUTHORIZED ON  03/04 CHICKFILA APP 8662    866-232-2040  GA  S58006503549788 4   CARD 4517 | SJP Operating (WF9148) | 25.00 |
| 03/05/2020 | Expense | | PURCHASE          AUTHORIZED ON  03/03 CAFE IBERICO CHICAGO    IL  S46006403157931 4   CARD 4517 | SJP Operating (WF9148) | 30.76 |
| 03/05/2020 | Expense | | PURCHASE          AUTHORIZED ON  03/03 GOODMANS BARBER LO    CHICAGO    IL  S38006384965088   CARD 4517 | SJP Operating (WF9148) | 45.00 |
| 03/06/2020 | Expense | | #4517 Farmhouse Chicago | SJP Operating (WF9148) | 38.50 |
| 03/06/2020 | Expense | Steven Hendrickson | #4517 Google LLC G Suite | SJP Operating (WF9148) | 172.00 |
| 03/06/2020 | Expense | | ZELLE TO HENDRICKSON STEVEN ON 03/06 REF #RP07RJVHQ6 | SJP Operating (WF9148) | 2,500.00 |
| 03/06/2020 | Expense | | #4517 | SJP Operating (WF9148) | 18.00 |
| 03/06/2020 | Expense | | #4517 NON-WF ATM WITHDRAWAL AUTHORIZED ON 03/06 CS ZH SHOPVILLE 2 ZURICH CHE 00380066681684318 ATM ID 48350393 CARD 4517 | SJP Operating (WF9148) | 275.33 |
| 03/06/2020 | Expense | | Non WF ATM Transaction fee from card #4517 | SJP Operating (WF9148) | 5.00 |
| 03/09/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 03/09 REF #RP07RVZ27J | SJP Operating (WF9148) | 500.00 |
| 03/09/2020 | Expense | Steven Hendrickson | ZELLE TO HENDRICKSON STEVEN ON 03/07 REF #RP07RP43TK | SJP Operating (WF9148) | 1,000.00 |
| 03/16/2020 | Expense | Steven Hendrickson | ONLINE TRANSFER TO HENDRICKSON S REF #IB07SRCXHL EVERYDAY CHECKING JEA AND OVETDRAFTS | SJP Operating (WF9148) | 675.00 |
| 03/19/2020 | Expense | Google | #4517 | SJP Operating (WF9148) | 1.99 |

| | | | | | 21,869.42 |
| | | | Deduct net payroll reported | | (15,728.46) |
| | | | Net over payment 1Q20 | | 6,140.96 |
| | | | Net over payment 4Q19 | | 9,346.49 |
| | | | Total overpayments | | 15,487.45 |

Debtor _____        Case number (if known)_____
              **Name**

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | _____ | _____ | $_____ |
| | Creditor's name | | | |
| | Street | _____ | | |
| | _____ | _____ | | |
| | City         State      ZIP Code | | | |
| 5.2. | | _____ | _____ | $_____ |
| | Creditor's name | _____ | | |
| | Street | | | |
| | _____ | _____ | | |
| | City         State      ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | _____ | _____ | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | _____ | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| | City         State      ZIP Code | | | |

## Part 3:   Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | _____ | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | _____ | | _____ | |
| | | | City      State      ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | _____ | _____ | | ☐ On appeal |
| | | | Name | ☐ Concluded |
| | Case number | | Street | |
| | _____ | | _____ | |
| | | | City      State      ZIP Code | |

Debtor _____   Case number (if known)_____
          Name

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State     ZIP Code | | City          State      ZIP Code |
| | Date of order or assignment | |

## Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | _____ | _____ | $_____ |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| 9.2. | Recipient's name | _____ | | $_____ |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

## Part 5:   Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| _____ | _____ | | $_____ |

Debtor _____    Case number (if known) _____
              Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | Address | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State        ZIP Code | | | |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | Address | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State        ZIP Code | | | |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| Trustee | _____ | | |
| _____ | | | |

Debtor _____          Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

|  | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

13.1.  _____          _____          _____     $_____

        **Address**          _____

        _____
        Street

        _____

        _____
        City          State     ZIP Code

        **Relationship to debtor**

        _____

        _____

        **Who received transfer?**          _____          _____    $_____

13.2.  _____          _____

        **Address**

        _____
        Street

        _____

        _____
        City          State     ZIP Code

        **Relationship to debtor**

        _____

        _____

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.  100 N. Laura St  # 801
       Street

       Jax          FC          32202          From _____   To _____
       City          State     ZIP Code

14.2.  25  N Market St
       Street

       Jax   FC          32202          From _____   To _____
       City          State     ZIP Code

Debtor _____     Case number (if known)_____
Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name _____     _____     _____

Street _____     Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.     How are records kept?

_____     _____     *Check all that apply:*

City     State     ZIP Code     _____     ☐ Electronically
                                                             ☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.

Facility name _____     _____     _____

Street _____     Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.     How are records kept?

_____     _____     *Check all that apply:*

City     State     ZIP Code     _____     ☐ Electronically
                                                             ☐ Paper

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. ___Kept in Appfolio___

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan     Employer identification number of the plan

_____     EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

Debtor _____     Case number (if known)_____
        Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> Address <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> Address <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

Debtor _____    Case number (if known)_____
_____
Name

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor _____        Case number (if known) _____
           Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City          State     ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |
| 25.2. | Name<br>Street<br>City          State     ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |
| 25.3. | Name<br>Street<br>City          State     ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____  To _____ |

Debtor _____     Case number (if known) _____
       Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**                                    **Dates of service**

26a.1. _____                     From _____   To _____
       Name

       _____
       Street

       _____
       City                State        ZIP Code

*See attachment*

**Name and address**                                    **Dates of service**

26a.2. _____                     From _____   To _____
       Name

       _____
       Street

       _____
       City                State        ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**                                    **Dates of service**

26b.1. _____                     From _____   To _____
       Name

       _____
       Street

       _____
       City                State        ZIP Code

*See attachment*

**Name and address**                                    **Dates of service**

26b.2. _____                     From _____   To _____
       Name

       _____
       Street

       _____
       City                State        ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

**Name and address**                                    **If any books of account and records are unavailable, explain why**

26c.1. _____                     _____
       Name

       _____                     _____
       Street

       _____                     _____
       City                State        ZIP Code

2/10/2021                      *Form 207 # 26 & #26b*

List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Name and address | Dates of service |
|---|---|
| **Kirill Trusov**<br>In house accounting manager<br>16 Lioshire Path<br>Palm Cost, FL 32164 | From   10/20/2018   to   10/20/2020 |
| **Deborah Costanzo**<br>Supporting Strategies<br>100 Cummings Center<br>Suite 207P, Office 232<br>Beverly, MA 01915 | From   10/20/2018   to   12/31/2019 |
| **Donna Brown**<br>Accounting Solutions Plus of Florida LLC<br>14596 Pablo Terrace<br>Jacksonville, FL 32224 | From   12/31/2019   to   10/20/2020 |
| **Pivot CPAs**<br>238 Ponte Vedra Park Dr, Ste 201<br>Ponte Vedra Beach, FL 32082 | From   10/20/2018   to   9/15/2019 |

List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
**NONE**

List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Donna Brown
Accounting Solutions Plus of Florida LLC
14596 Pablo Terrace
Jacksonville, FL 32224

Debtor _____     Case number *(if known)* _____
       Name

Name and address                                                                 If any books of account and records are
                                                                                 unavailable, explain why

26c.2.  _____                                          _____
        Name
                                                                                 _____
        _____
        Street                                                                   _____

        _____

        _____
        City                    State          ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement
    within 2 years before filing this case.

    ☒ None

        Name and address

26d.1.  _____
        Name

        _____
        Street

        _____

        _____
        City                    State          ZIP Code

        Name and address

26d.2.  _____
        Name

        _____
        Street

        _____

        _____
        City                    State          ZIP Code

27. Inventories

    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No
    ☐ Yes. Give the details about the two most recent inventories.

        Name of the person who supervised the taking of the inventory          Date of      The dollar amount and basis (cost, market, or
                                                                               Inventory    other basis) of each Inventory

        _____                                       _____       $ _____

        Name and address of the person who has possession of inventory records

27.1.   _____
        Name

        _____
        Street

        _____

        _____
        City                    State          ZIP Code

Debtor _____    Case number (if known)_____
                Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.

Name _____

Street _____

City _____ State _____ ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Keith D. Lenger | 119 Cottage Ave Jax, FC 32206 | owner & officer | 50% appx |
| Steven Hendrickson | Unknown | owner & officer | 30% appx |
| Charlie Beard | 50 W. Laura St Suite 2500 Jax FC 32202 | Manager | ∅ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Steven Hendrickson | unknown | owner & officer | From _____ To _____ |
| Charlie Beard | 50. W. Laura St Suit 2500 Jax FC 32202 | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| Relationship to debtor | | | |

Debtor _____    Case number (if known)_____
         **Name**

**Name and address of recipient**

30.2

Name _____

Street _____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Name of the parent corporation                        Employer identification number of the parent
                                                       corporation

_____                     EIN: __ __ - __ __ __ __ __ __ __

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Name of the pension fund                              Employer identification number of the pension fund

_____                     EIN: __ __ - __ __ __ __ __ __ __

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. *to the best of my ability & knowledge with Reliance on others.*

Executed on  2/24/21
             MM / DD / YYYY

✗ _____      Printed name   *Keith D. Longe*
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  *Owner*

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

Adam Kestenbaum
200 W Cameron Rd
Falls Church, VA 22046

Ben Soileau
404 NW Market St
Seattle, WA 98107

Cloverdale Capital LLC
c/o William Weddington
1024 Shady Valley Place NE
Atlanta, GA 30324

Jax Town Investments
4533 Swilcan Bridge Lane North
Jacksonville, FL 32224

JRuth SJP LLC
c/o John Rutherford
824 A1A North, Suite 301
Ponte Vedra Beach, FL 32082

Kevin and Katherine Smith
6500 Champion Grandview Way
Unit 27211
Austin, TX 78750

ORP Investments
c/o Phani Raj Sarangam
Cypress, TX 77433

Philip Jaoude
5315 Mallard Roost
Williamsville, NY 14221

Rabih Tawk
129 Lamplighter Lane
Ponte Vedra Beach, FL 32802

Ryan Tomka
1915 1st St
Neptune Beach, FL 32266

Kingswood Universal Limited
18 Java Road, North Point
HONG KONG

CG Apartments LLC
20200 Lucille Ave, Apt 35
Cupertino, CA 95014

Michael Grizzle
c/o Law Office of Glenn S. Banner PA
4118 Tradewinds Dr
Jacksonville, FL 32250

Old Amelia Fernandina MHP LLC
Nottingham Fernandina MHP LLC
Midway Fernandina MHP LLC
1800 Newport Hills Dr E
Newport Beach, CA 92660

2125 Hydepark Apartments LLC
20200 Lucille Ave, Apt 35
Cupertino, CA 95014

Traci Smith
c/o Law Office of Glenn S. Banner PA
4118 Tradewinds Dr
Jacksonville, FL 32250

Bell Ventures
c/o Joanna Woo
Pasadena, CA 91104

CG Apartments LLC
20200 Lucille Ave, Apt 35
Cupertino, CA 95014

Multifix Construction, Inc.
4905 Greenland Hideway Dr South
Jacksonville, FL 32258

4 Season's Techs Inc.
1488 Beecher Lane
Orange Park, FL 32073

A&L Flooring
1868 Pineta Cove Dr
Middleburg, FL 32068

A1 Septic Tank
7300 Imeson Rd
Jacksonville, FL 32219

Above and Beyond Tree Service
7620 Lennon St.
Jacksonville, FL 32254

Ace of All Trades LLC

6484 Fordham Circle E
Jacksonville, FL 32217

Advanced Disposal
PO Box 743019
Atlanta, GA 30374-3019

Agile Premium Finance
PO Box 549
Newark NJ 07101-0549

Airsafe Inc.
2720 Rosselle St
Jacksonville, FL 32205

All Pro Roofing and Consulting LLC
11633 Philips Highway
Jacksonville, FL 32256

Alpha Foundation Specialists Inc
PO Box 13469
Tallahassee, FL 32317

Another Contract Solution
7039 Eagles Perch Drive
Jacksonville, FL 32244

Apartment Fire Extinguisher Service Inc
5200 Beach Blvd
Jacksonville, FL 32207

Apple Electric LLC
2001 3rd St
Neptune Beach, FL 32266

Appliance Mart
3870 Blanding Blvd
Jacksonville, FL 32244

APS Group
406 Old Hard Rd Unit 205
Fleming Island, FL 32203

Arbor Multifamily Lending LLC
3370 Walden Ave Suite 114
Depew, NY 14043

ARD Distributors
PO Box 743884
Atlanta, GA 30374-3884

Avalon Heating & Air
9585 Sunbeam Center Dr
Jacksonville, FL 32257

B & C Remediation LLC
12627 San Jose Blvd #503
Jacksonville, FL 32223

Bedford Cost Segregation LLC
19 Kilton Rd Ste 100
Bedford, NH 03110

John Brandorff
4325 Julington Creek Rd
Jacksonville, FL 32258

BVD Septic LLC
4883 SW 136th Ct
Lake Butler, FL 32054

Chills on Wheels Heating & Air
Contractors Inc.
6721 Stuart Ave Ste 12
Jacksonville, FL 32254

Christian Brothers Heating & Air
4549 St Augustine Rd, Ste #1
Jacksonville, FL 32207

Cintas Fire Protection
7251 Salisbury Rd
Jacksonville, FL 32256

Creative Multicare Inc
PO Box 1147
Jonesboro, GA 30237

Du Boiz Mobile PC
6416 Suited 21
Jacksonville, FL 32210

Du Boiz Mobile PC
6752 Bakersfield Dr
Jacksonville, FL 32210

Eagerton Plumbing Inc.
1093 N. McDuff Ave
Jacksonville, FL 32216

Ellison Property Preservation
and Maintenance
1072 Prospect St
Jacksonville, FL 32254

Emergency Systems Inc
3027 Plymouth St
Jacksonville, FL 32205

Fantastic Floors
1592 Park Ave
Orange Park, FL 32073

First Coast Climate Control
11251 Business Park Blvd #7
Jacksonville, FL 32256

First Insuance Funding
450 Skoke Blvd. Ste 1000
Northbrook, IL 60062

Florida Empire Plumbing
5358 Hidden Gardens Dr
Jacksonville, FL 32258

Full Investment Ventures LLC
5991 Chester Ave Ste 209
Jacksonville, FL 32217

Insurance Wagon
2529 University Blvd W
Jacksonville, FL 32217

Invincible Maintenance LLC
PO Box 65552
Orange Park, FL 32065

J&S Drain Cleaning and Plumbing Services
7542 John F. Kennedy Dr E
Jacksonville, FL 32219

JEA
PO Box 45047
Jacksonville, FL 32232

KP Law PLLC
7024 Rosabella Cir
Jacksonville, FL 32258

Lenger Asset Management

221 N Hogan St #405
Jacksonville, FL 32202

Lloyds Heating and Air
11633 Philips Hwy
Jacksonville, FL 32256

Marshall Windo
11034 Harbor Cay Ct
Jacksonville, FL 32225

Morris & Kids Plumbing Inc
4320 Deerwood Lake Parkway
#101-214
Jacksonville, FL 32246

Multifix Construction Group
4905 Greenland Hideway Drive S
Jacksonville, FL 32258

North Florida Lawn LLC
1859 Caravan Trail Ste 107
Jacksonville, FL 32216

Omnipotent Hands
The Handy Man Company LLC
6900 Philips Hwy Ste #22
Jacksonville, FL 32216

One Way Home Services
3376 Philips Hwy
Jacksonville, FL 32207

Pacheco Danna A Cleangin Service LLC
4235 Victor st
Jacksonville, FL 32207

Precise Definition Enterprise Inc.
7 East 18th St
Jacksonville, FL 32206

Presto Plumbing LLC
6114 Goodman Rd
Jacksonville, FL 32244

R C Slaughter Home Repair
1423 Manotak Ponte Dr #105
Jacksonville, FL 32210

RentPath Holdings Inc

PO Box 740925
Atlanta, GA 30374-0925

Republic Services #687
PO Box 9001099
Louisville, KY 40290-1099

Rodney Wilson Plumbing
5142 San Juan Ave
Jacksonville, FL 32210

Ron Russell Roofing Inc
4419 Hudnall Rd
Jacksonville, FL 32207

Sisters House Cleaning
PO Box 10784
Jacksonville, FL 32247

Southern Fumigation and Pest Control Inc.
522 E Macclenny Ave
Macclenny, FL 32063

Caudill Supply
5571 Los Santos Way 8304
Jacksonville, FL 32211

To The T Pools
9795 Hilltop Blvd
Jacksonville, FL 32246

Tow Fold Water Engineering Inc.
PO Box 767
Melrose, FL 32666

Wall 2 Wall Maintenance LLC
PO Box 2111
Yulee, FL 32041

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

Waste Pro
PO Box 865200
Orlando, FL 32886-5204

Willman Air LLC
13140 Tamarisk Ct
Jacksonville, FL 32246

Yury Orlov
5730 Serrania Ave
Woodland Hills, CA 91367

Windermere Place Apts
PO Box 2505
Oldsmar, FL 34677

Wayne Dietel
731 Duval Station Rd
Jacksonville, FL 32218

E E Waters
2774 Usina St
St. Augustine, FL 32084

Vision Properties Land Trust
Sanjay Trivedi
624 Fenwick Lane
St. Johns, FL 32259

Ventesh LLC
5060 SW Philomath Blvd #346
Corvallis, OR 32413

Valentines 10
1710 N Main St
Jacksonville, FL 32202

Trezzano B LLC
Stafano Khan
650 West Ave, Apt 401
Miami Beach, FL 33139

Tavis Moe
49035 Quimera Ct
La Quinta, CA 92253

Tony Wong
10262 Via Corta
Villa Park, CA 92861

Thinh Pham
141 N Deerwood St
Orange, CA 92869

The Mason Apartments
129 Lamplighter Ln
Ponte Vedra Beach, FL 32082

Syed Zeyad
5801 Utah Ave NW
Washington, DC 20015

Susan True


Steve Mandelbaum
13245 Atlantic Blvd Ste 4-230
Jacksonville, FL 32225

Sharlene Bleier
89 Adams Street
East Islip, NY 11730

Scott Hayward
4544 Whitewood Ave
Long Beach, CA 90808

Sami Nasser
15450 SW 26th Terrace
Miami, FL 33185

Ryan Hiebsch
3018 Alvarado Ave
Jacksonville, FL 32217

Principia Properties
1437 Rhode Island Ave NW
Unit 601
Washington, DC 20005

Podco Capital
101 Marketside Ave, Ste 404-240
Ponte Vedra, FL 32081

Peter Kam
2960 Sunset Hills
Escondido, CA 92025

Palms of Arlington LLC
PO Box 550740
Jacksonville, FL 32255

Old Amelia Fernandina MHP LLC
1800 Newport Hills Drive E
Newport Beach, CA 92660

Nottingham Fernandina MHP LLC

1800 Newport Hills Drive E
Newport Beach, CA 92660

Neil Singleton/TBNJ LLC
508 S Harbor Lights Dr
Ponte Vedra, FL 32081

Mockingbird Ventures
404 NW Market St
Seattle, WA 98107-2706

Midway Fernandina MHP LLC
1800 Newport Hills Drive E
Newport Beach, CA 92660

Michael & Kathryn House
8520 W Cougar Ave
Las Vegas, NV 89113

Kirsten and Jon Braddock
384 Pelican Pointe Rd
Ponte Vedra, FL 32081

Kevin and Carol Carr
421 Cabrillo St
Costa Mesa, CA 92627

Kathy & Howard Yang
617 W University Pkwy
Baltimore, MD 21210

Justina Rd Apartments LLC
1140 Barker Cypress Rd, Ste J#205
Cypress, TX 77433

Justin McMurphy
8101 Escola St
Navarre, FL 32566

Jonathan Pham
6298 Benecia Ave
Neward, CA 94560

Johnathan Lai

John Weaver
13046 Ft Caroline Rd
Jacksonville, FL 32225

JTA4 Real Properties
Peoples Choice Apartments LLC
2647 West Evans Ave Unit 109
Denver, CO 80219

Jazmine Garard
6101 Edsall Rd #1412
Alexandria, VA 22304

Jax Town Investments LLC
4533 Swilcan Bridge Lane N
Jacksonville, FL 32224

Jax 1359 W 15th
14704 Neptune Ave, Apt A
Newport Beach, CA 92663

Jason Cruz
14301 101st Pl NE
Kirkland, WA 98011

Jacob Seamons
4854 N Shady Bend Ln
Lehi, UT 84043

IRA Innovations LLC
fbo Connie Henning
18605 Jiretz Rd
Odessa, FL 33556

Inspiration for Innovation LLC
Bashir Osman
100 Bayview #1130
Sunny Isles, FL 33160

Gene Fernando
1740 La Plaza Dr
San Marcos, CA 92069

GDVD Clock, LLC
16052 Sun Summit Point
San Diego, CA 92127

GDVD Beachwood LLC
16052 Sun Summit Point
San Diego, CA 92127

Mehta Gagan

Frank Lin

(NEI Susie Land Trust)
801 Crystal Springs Way
St Augustine, FL 32092

FL Associates
11250 Old St Augustine Rd, 15-252
Jacksonville, FL 32257

First Shore Property Group LLC
11121 Castlemain Cir S
Jacksonville, FL 32256

Elizabeth Duke
5232 Panama Ave
Richmond, CA 94804

Dennis Varela
403 Bainbridge
Panama City, FL 32413

Dennis McCarthy
569 Bradford Lane
Hutto, TX 78634

David Kinter
5545 Ocean Gate Ln Apt 107
San Diego, CA 92154

David Bolduc
6 Meadow View Dr
North Haven, CT 06473

Danue and Guy Laborde
2200 Purdue Dr
Fort Collins, CO 80525

Daniel Culverwell
1009 Colina Vista Lane
Crowley, TX 76036

Damy and Olu Oyelade
100 N Laura St
Jacksonville, FL 32202

Chuck & Vicky Trenkle
PO Box 13124
Palm Desert, CA 92255

Chitra Kuthiala

Charles Pen Volkman
5612 Pioneer Rd
Denver, CO 80301

Chakkola LLC
10881 Cory Lake Dr
Tampa, FL 33647

Cambridge Property Hldings LLC
560 Sylvan Ave, Ste 1210
Englewood Cliffs, NJ 07632

Brad Pickell
(LEEM Properties LLC)
423 East 12th Ave
Conshohocken, PA 19428

Blue NJ LLC
177 Ocean Lane Dr #900
Key Biscayne, FL 33149

Benjamin & Emily Anderson
20815 N Holcomb Rd
Mead, VA 99021

Bell Ventures Inc
1930 Juanita Ave
Pasadena, CA 91104

Arbor Investments
(Jesse Manalo)
7062 Miltondale Rd
Macclenny, FL 32063

AP Holdings
(Alexander Pogrebinsky)
100 N. Laura St
Jacksonville, FL 32202

Anjanette Scott
1796 Via Natal
San Lorenzo, CA 94580

Alexander Sablin

Adam Kestenbaum
200 W Cameron Rd
Falls Church, VA 22046

2125 Hyde Park
20200 Lucille Ave, Apt 35
Cupertino, CA 95014