# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 20-03082
**Case Name:** SAINT JOHNS PROPERTIES, LLC

**For Period Ending:** 03/31/2022

**Trustee Name:** (291100) Gordon P. Jones
**Date Filed (f) or Converted (c):** 10/20/2020 (f)
**§ 341(a) Meeting Date:** 01/05/2021
**Claims Bar Date:** 12/29/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | AP HOLDINGS FLORIDA LAWSUIT (u) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | BLUENJ, LLC LAWSUIT (u) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | EBF PARTNERS, LLC LAWSUIT (u) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | ESLY GONZALEZ-NUNEZ AND JASON CRUZ LAWSUIT (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5 | JAX TOWN INVESTMENTS LLC LAWSUIT (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | JACOB A SEAMONS LAWSUIT (u) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | TIMOTHY SMALLWOOD, MARY ANNE VALERIO (u)<br>SMALLWOOD AND MTRRE PROPERTIES, LLC LAWSUIT | Unknown | 0.00 | | 0.00 | FA |
| 8 | WELLS FARGO CHECKING | 132.45 | 0.00 | | 0.00 | FA |
| 9 | WELLS FARGO CHECKING | (298.88) | 0.00 | | 0.00 | FA |
| 10 | OFFICE FURNITURE | 200.00 | 0.00 | | 0.00 | FA |
| 11 | OFFICE EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 12 | INTERESTS IN INSURANCE POLICIES | 1,000,000.00 | 815,469.33 | | 815,469.33 | FA |
| 13 | CAUSES OF ACTION AGAINST THIRD PARTIES | 69,504.53 | 0.00 | | 0.00 | FA |
| 14 | CLAIM VS. KEITH D. LENGER (u)<br>CASE # 21-00499 - CLAIM #7-1 UNKNOWN AMOUNT | Unknown | 18,500.00 | | 18,500.00 | FA |
| 15 | FRAUDULANT CONVAYANCE (05/14/2021 N) (u) | Unknown | 6,000.00 | | 6,000.00 | FA |
| 16 | LEGAL MALPRACTICE CLAIM (u) | Unknown | 1,000,000.00 | | 0.00 | 1,000,000.00 |
| **16** | **Assets   Totals**   (Excluding unknown values) | **$1,069,738.10** | **$1,839,969.33** | | **$839,969.33** | **$1,000,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 20-03082  
**Case Name:** SAINT JOHNS PROPERTIES, LLC  

**For Period Ending:** 03/31/2022

**Trustee Name:** (291100) Gordon P. Jones  
**Date Filed (f) or Converted (c):** 10/20/2020 (f)  
**§ 341(a) Meeting Date:** 01/05/2021  
**Claims Bar Date:** 12/29/2020

**Major Activities Affecting Case Closing:**

ESTATE PROFESSIONALS:
  Attorney:   ORDER EMPLOYING JACOB BROWN NUNC PRO TUNC TO DECEMBER 5, 2020 FILED  12/09/20 (DOCKET #24).
  Special Attorney: ORDER EMPLOYING W. BRAXTON GILLAM FILED 1/11/21 (DOCKET #32).
  Accountant: ORDER EMPLOYING STEVEN VANDERWILT 06/29/2021 (DOCKET #61)
  Auctioneer:
  TPP Appraiser:
  Real Estate Agent:

ACTIONS:
  2004 Exam:
  Objection to Exemptions:
  Motion for Turnover:
  Motion Determine Conseq Value:
  Compromise 1: ORDER APPROVING COMPROMISE FILED 06/24/2021 (DOCKET #57)
  Personal property:
  Real Estate:
  Auction:
  Tax Refund:
  Personal Injury/Lawsuit:
  Prepare Tax Return:
  Abandonment:
  Claims:
  Objection to Discharge:
  Adversary filed: FILED 02/24/2022 (ADV. 22-12); AMENDED MOTION TO DISMISS FILED BY DEFENDENT 03/30/2022 (DOCKET #7)
  State Court Lawsuit:

CASE STATUS:

ORDER APPROVING THAMES COMPENSATION FILED 03/11/21 (DOCKET #45).
HEARING ON MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH KEITH LENGER FILED 08/16/2021 (DOCKET #67)
TELEPHONE AUCTION OF NOTE HELD ON JAN 13TH SUCCESSFUL BIDDER PALUMBO. BREAKUP FEE DUE OF $500.00
NOTICE OF PAYING BREAK-UP FEE FILED 02/11/2022 (DOCKET #111); ESTATE CHECK 101 IN THE AMOUNT OF $500.00
MEDIATION PAYMENT IN THE AMOUNT OF $1,237.50  MAILED TO WATSON WHITE & MAX; ESTATE CHECK #103 02/23/2022
CLOSING STATUS:
 TFR:
 NFR served:
 Order Allowing Administrative Expenses:
 TDR:

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-3

**Case No.:** 20-03082  
**Case Name:** SAINT JOHNS PROPERTIES, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (291100) Gordon P. Jones  
**Date Filed (f) or Converted (c):** 10/20/2020 (f)  
**§ 341(a) Meeting Date:** 01/05/2021  
**Claims Bar Date:** 12/29/2020

DATE OF LAST REVIEW OF CASE: 03/31/2022

**Initial Projected Date Of Final Report (TFR):** 07/01/2022

**Current Projected Date Of Final Report (TFR):** 07/01/2022

04/18/2022  
Date

/s/Gordon P. Jones  
Gordon P. Jones

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 20-03082 | | Trustee Name: | Gordon P. Jones (291100) |
|---|---|---|---|---|
| Case Name: | SAINT JOHNS PROPERTIES, LLC | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3326 | | Account #: | ******1489 Checking |
| For Period Ending: | 03/31/2022 | | Blanket Bond (per case limit): | $33,348,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/28/21 | | Heather Beard and Charles A Beard | FRAUDULANT CONVAYANCE (05/14/2021 N) | 1241-000 | 6,000.00 | | 6,000.00 |
| | {15} | | Acct #; Payment #1                                  $6,000.00 | 1241-000 | | | |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.29 | 5,990.71 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.28 | 5,981.43 |
| 11/03/21 | {12} | Akerman LLP | Interests in Insurance | 1129-000 | 815,469.33 | | 821,450.76 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,142.94 | 820,307.82 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,358.56 | 818,949.26 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,268.80 | 817,680.46 |
| 02/08/22 | {14} | Equity Trust Company | Claim Sale Proceeds | 1229-000 | 18,500.00 | | 836,180.46 |
| 02/09/22 | 101 | Partnership Liquidity Investors V LLC | Paymnet of Break-up Fee per Docket #103 | 8500-002 | | 500.00 | 835,680.46 |
| 02/17/22 | 102 | INTERNATIONAL SURETIES, LTD. | Payment of Pro-rated Bond 2/1/22 to 2/1/23; ACCOUNT # 1OOO-9OO-I944 | 2300-000 | | 430.91 | 835,249.55 |
| 02/23/22 | 103 | Upchurch Watson White & Max | Mediation Payment; W. Braxton Gillam; Invoice # 22RAC-024 | 3992-000 | | 1,237.50 | 834,012.05 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,241.01 | 832,771.04 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 600.00 | 832,171.04 |
| | | | **COLUMN TOTALS** | | 839,969.33 | 7,798.29 | **$832,171.04** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 839,969.33 | 7,798.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$839,969.33** | **$7,798.29** | |

{ } Asset Reference(s)                                                                                                                                                                     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | | | |
|---|---|---|---|
| **Case No.:** | 20-03082 | **Trustee Name:** | Gordon P. Jones (291100) |
| **Case Name:** | SAINT JOHNS PROPERTIES, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***3326 | **Account #:** | ******1489 Checking |
| **For Period Ending:** | 03/31/2022 | **Blanket Bond (per case limit):** | $33,348,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $839,969.33 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $500.00 |
| Net Estate: | $839,469.33 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1489 Checking | $839,969.33 | $7,798.29 | $832,171.04 |
| | $839,969.33 | $7,798.29 | $832,171.04 |