**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

SAINT JOHNS PROPERTIES LLC,                Case No.: 3:20-bk-03082-JAF

  Debtor.                                  Chapter 7
_____/

**TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) APPROVING
SETTLEMENT AGREEMENT WITH KYLE PETERS
AND KP LAW, LLC AND (II) ENJOINING CERTAIN CLAIMS**

Gordon P. Jones, as Chapter 7 Trustee (the "Trustee"), by and through undersigned counsel and pursuant to 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure 9019, and Local Bankruptcy Rule 2002-4, moves the Court for an Order in the form attached hereto as **Exhibit A** (the "Bar Order"), (i) approving the terms of the settlement agreement described below by and between the Trustee and Kyle Peters ("Peters") and KP Law, PLLC ("KP Law") (collectively "Peters and KP Law"), and (ii) enjoining certain claims. In support of this motion, the Trustee says:

**Background**

1. On October 20, 2020 (the "Petition Date"), petitioning creditors, Timothy Smallwood, Mary Anne Valerio-Smallwood, MTRRE Properties, LLC, Kevin and Katherine Smith, KS2 Jax, LLC, Kevin Smith and 539 West, LLC, filed an involuntary petition for relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") against involuntary debtor, Saint Johns Properties, LLC (the "Debtor"), initiating the case styled *In re Saint Johns Properties, LLC*, Case No: 3:20-bk-03082-JAF (the "Bankruptcy Case") in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Court").

68209189;2

2. On November 19, 2020, the Court entered an Order for Relief (Doc. 13), and the Trustee was appointed Chapter 7 Trustee in the Bankruptcy Case.

3. The Debtor formerly operated as a property management and real estate brokerage firm in the Jacksonville, Florida area.

4. On February 24, 2022, the Trustee filed an Adversary Complaint against Peters and KP Law, initiating the adversary proceeding styled *Gordon P. Jones, Chapter 7 Trustee v. Kyle Peters and KP Law, PLLC*, Adv. Proc. No. 3:22-ap-00012-JAF (the "Adversary Proceeding") which asserted causes of action for legal malpractice, breach of fiduciary duty, breach of the duty of loyalty, and vicarious liability.

5. On March 30, 2022, Peters and KP Law filed an Amended Motion to Dismiss Adversary Complaint (Adv. Doc. 7). On April 13, 2022, the Trustee filed a Response in Opposition to Defendants' Motion to Dismiss Adversary Complaint (Adv. Doc. 10). On July 15, 2022, the Court entered an Order Denying Defendants' Amended Motion to Dismiss (Adv. Doc. 18).

6. On August 2, 2022, Peters and KP Law filed an Answer and Affirmative Defenses to Adversary Complaint and Demand for Jury Trial (Adv. Doc. 23), denying the allegations therein and asserting affirmative defenses. A trial has not yet been scheduled in the Adversary Proceeding.

## Terms of the Compromise

7. The Trustee and Peters and KP Law have agreed to a compromise (the "Settlement Agreement") of all known claims arising from and related to the Bankruptcy Case and the Adversary Proceeding, including but not limited to claims related to legal malpractice, breach of fiduciary duty, breach of the duty of loyalty, and vicarious liability (collectively, the "Settled Claims"), whereby:

a. Within ten (10) days of the Bankruptcy Court's entry of the Bar Order, Berkley Insurance Company on behalf of Peters and KP Law shall pay the Trustee the total amount of $350,000 (the "Settlement Payment") by wire transfer to the Trustee's counsel or by check payable to "Gordon P. Jones, Trustee" and mailed to Gordon P. Jones, Chapter 7 Trustee, Post Office Box 600459, Jacksonville, FL 32260-0459;

b. The Settlement Payment shall be property of the Debtor's bankruptcy estate, free and clear of all liens, claims, and encumbrances, and the Trustee shall be solely responsible for distributing the Settlement Payment in accordance with the provisions of 11 U.S.C. § 726;

c. Upon the Bar Order becoming final and non-appealable and payment of the Settlement Payment by Berkley Insurance Company on behalf of Peters and KP Law to the Trustee, all persons and entities who have held, hold, or may hold claims, rights, causes of action, liabilities, liens, or any interests of any kind or nature identical to the Settled Claims (the "Barred Claims") shall be precluded, barred, and enjoined from the assertion of any interest in, assignment of, or the commencement or continuation of any claim, action, or proceeding (whether formal or informal, and including, without limitation, making demand) against the Trustee, the bankruptcy estate, Akerman LLP and its professionals, Milam Howard Nicandri & Gillam P.A. and its professionals, Kyle Peters, and KP Law, PLLC and its professionals;

d. All persons who have held, hold, or may hold claims or causes of action with respect to the Barred Claims shall be precluded, barred and enjoined from the commencement or continuation of any motion for relief from stay seeking authority

       to proceed with a claim, action or proceeding (whether formal or informal) against Peters, KP Law, the Debtor, and/or the bankruptcy estate and, instead, such persons shall be limited to filing a general unsecured, nonpriority proof of claim in this Bankruptcy Case; and

    e.    Upon the Trustee's receipt of the Settlement Payment from Berkley Insurance Company on behalf of Peters and KP Law, the Trustee, the Debtor, the bankruptcy estate, and their heirs, successors, and assigns on the one hand, and Peters and KP Law on the other hand, in consideration of the premises herein contained and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, shall release and discharge each other, their agents, officers, directors, attorneys, employees, insurers, affiliates, successors and assigns, jointly and severally, from any and all manner of action and actions, cause or causes of action, suits, debts, sums of money, accounts, covenants, contracts, controversies, obligations, liabilities, agreements, promises, expenses, damages, claims or demands of every nature and kind whatsoever, if any, at law or in equity, whether now accrued or hereafter maturing and whether known or unknown that they now have or hereafter can, shall, or may have by reason of any matter, cause or thing, since the beginning of time in connection with this Bankruptcy Case, except for their respective rights and obligations under this Settlement Agreement.

8.    In the event that this Court does not enter a Bar Order, then the Settlement Agreement shall be without force and effect.

## **Basis for Relief**

9. Bankruptcy Rule 9019(a) provides, in pertinent part, that "[o]n motion by the trustee after notice and a hearing, the court may approve a compromise or settlement." Fed. R. Bankr. P. 9019(a). The standard in this circuit for approving a compromise or settlement is set forth in *Wallis v. Justice Oaks II, Ltd. (In re Justice Oaks II, Ltd.)*, 898 F.2d 1544 (11th Cir. 1990). The Eleventh Circuit explained that bankruptcy courts must consider the following factors in evaluating a proposed settlement:

   a. The probability of success in the litigation;
   b. The difficulties, if any, to be encountered in the matter of collection;
   c. The complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and
   d. The paramount interest of the creditors and a proper deference to their reasonable views in the premises.

*Id.* at 1549.

10. The Trustee has considered each of the *Justice Oaks* factors and has concluded that the Settlement Agreement adequately balances the risks of litigation, eliminates the related expense and delay, and helps ensure that the bankruptcy estate will realize at least $350,000. The Trustee, in exercising his business judgment, believes approval of the Settlement Agreement is in the best interest of the creditors and the bankruptcy estate.

11. This Court has the inherent power under the Bankruptcy Code, including section 105(a), to issue any order necessary or appropriate to carry out the provisions of Title 11, including a bar order. *Munford v. Munford, Inc., (In re Munford)*, 97 F.3d 449, 454 (11th Cir. 1996) (finding bankruptcy court had authority under section 105(a) to enter order barring claims against certain defendants); *Apps v. Morrison (Superior Homes & Invs., LLC)*, 521 Fed. Appx. 895, 897 (11th Cir. 2013) (affirming bar order involving suit against third parties where cash and assets paid "would be exhausted by the non-Debtor Defendants' defense of state court cases;" and noting that

entry of the bar order by the bankruptcy court was "well within the bankruptcy court's power as a court sitting in equity").

12. A critical component of the proposed settlement between the Trustee and Peters and KP Law is the entry of a bar order prohibiting the Debtor's creditors from asserting claims identical to the Settled Claims. Bankruptcy courts have authority to enter bar orders "where such orders are integral to settlement." *Matter of Munford, Inc.*, 97 F.3d 449, 455 (11th Cir. 1996). The Bar Order in this case is integral to the Settlement Agreement.

13. The Eleventh Circuit addressed bar orders in the context of an S.E.C. receivership proceeding in *Securities and Exchange Comm'n v. Quiros*, 966 F. 3d 1195 (11th Cir. 2020) and explained that the consideration of a bar order is "a two-part inquiry. The court must conclude that the bar order is essential. And it must decide that the bar order is fair and equitable, with an eye toward its effect on the barred parties." The question in *Quiros* was the definition of "essential." The court held that, "A bar order issued to facilitate a settlement is essential only if it is essential to resolving the settling parties' litigation. If the parties would have still resolved their dispute without entry of the bar order, the order is not essential and the court should not enter it." *Id*. The Eleventh Circuit found that the bar order entered in that case was not essential to resolve the litigation because the parties' settlement agreement expressly stated that the settlement would go forward even if the bar order were not entered.

14. Here, the proposed Bar Order meets the requirements of *Quiros* because the Settlement Agreement is predicated upon entry of the Bar Order.

15. Due to the costs and time involved with litigating the Adversary Proceeding, the Trustee believes that the Settlement Agreement is reasonable and recommends it to the creditors

of the estate, because such litigation could yield less than what creditors will receive as a result of this Compromise.

WHEREFORE, the Trustee respectfully requests the Court enter an Order (i) approving this Compromise, (ii) enjoining claims similar to the Settled Claims, (iii) entering the Bar Order attached as Exhibit A, and (iv) granting the parties any other relief to which they may be entitled.

| COLE, SCOTT & KISSANE, P.A. | AKERMAN LLP |
|---|---|
| By: _____ <br> Eric C. Sprechman <br> Florida Bar No. 115609 <br> Jeremy F. Goldstein <br> Florida Bar No. 1022687 <br> Esperante Building <br> 222 Lakeview Avenue, Suite 120 <br> West Palm Beach, FL 33401 <br> Telephone: (561) 383-9200 <br> Facsimile: (561) 683-8977 <br><br> *Attorneys for Kyle Peters and KP Law, PLLC* | By: /s/ Raye C. Elliott <br> Raye C. Elliott <br> Florida Bar Number: 018732 <br> Email: raye.elliott@akerman.com <br> 401 East Jackson Street, Suite 1700 <br> Tampa, Florida 33602 <br> Telephone: (813) 223-7333 <br> Facsimile: (813) 223-2837 <br><br> *Attorneys for Gordon P. Jones, Chapter 7 Trustee* |

THE UNDERSIGNED HEREBY AGREES TO
AND ACCEPTS THE TERMS AND CONDITIONS
IN THIS MOTION:

_____
Kyle Peters

KP LAW PLLC
By: _____
 Kyle Peters
Its: Manager

68209189;2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 6, 2023, I filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, which will serve copies on all counsel of record and that a true and correct copy of the foregoing was sent by U.S. Mail, postage prepaid and properly addressed, to:

Saint Johns Properties, LLC
100 North Laura Street, Suite 801
Jacksonville, FL 32202

Saint Johns Properties, LLC
c/o Keith D. Lenger
221 N. Hogan Street, #405
Jacksonville, FL 32202

and all creditors on the attached matrix.

                                                    */s/ Raye C. Elliott*
                                                    Attorney

```
Label Matrix for local noticing          539 West, LLC                              AP Holdings Florida, LLC
113A-3                                   Ansbacher Law                              136 Sydney Street, Unit 9
Case 3:20-bk-03082-JAF                   8818 Goodbys Executive Drive, Suite 100    Dorcester, MA 02125-1352
Middle District of Florida               Jacksonville, FL 32217-4692
Jacksonville
Mon Feb  6 09:54:06 EST 2023

BLUENJ, LLC                              EBF Partners, LLC dba Everest Business Fundi  GMAFL, LLC
Edwards & Edwards, PA                    8200 NW 52nd Terrace                          18605 Jiretz Road
6620 Southpoint Drive S                  Suite 200                                     Odessa, FL 33556-5001
Ste 200                                  Doral, FL 33166-7852
Jacksonville, FL 32216-0961


W. Braxton Gillam IV                     Connie Henning                             Robert Henning
50 North Laura St., Ste. 2900            Murphy & Ellis, PLLC                       Murphy & Ellis, PLLC
Jacksonville, FL 32202-3619              121 West Forsyth Street                    121 West Forsyth Street
                                         Suite 800                                  Suite 800
                                         Jacksonville, FL 32202-3857                Jacksonville, FL 32202-3857

JAX ECP, LLC                             KS2 Jax, LLC                               L & Z Properties, LLC
Attn: Jinyi Shao                         500 Westover Drive, #10408                 18602 Jiretz Road
2 Bates Trail                            Sanford, NC 27330-8941                     Odessa, FL 33556-5030
East Greenwich, RI 02818-1050


J Michael Lindell                        MTRRE Properties, LLC                      Mockingbird Ventures, LLC
Lindell & Kellison, P.A.                 965 Sullivan Court                         28 Clermont Court
12276 San Jose Blvd., Ste 126            Chula Vista, CA 91911-7027                 Palm Coast, FL 32137-8926
Jacksonville, FL 32223-8630


Pearce Springfield, LLC                  Rye Property Holdings, LLC                 Saint Johns Properties, LLC
3637 SE Kelly Street                     3637 SE Kelly Street                       100 North Laura Street, Suite 801
Portland, OR 97202-1842                  Portland, OR 97202-1842                    Jacksonville, FL 32202-3668


Josh Shilts                              Timothy and Mary Ann Smallwood             Kevin Smith
4500 Salisbury Road, Ste 430             965 Sullivan Court                         500 Westover Drive, #10408
Jacksonville, FL 32216-8057              Chula Vista, CA 91911-7027                 Sanford, NC 27330-8941


Kevin and Katherine Smith                Benjamin Soileau                           Jon Paul Soileau
500 Westover Drive, #10408               Murphy & Ellis, PLLC                       Murphy & Ellis, PLLC
Sanford, NC 27330-8941                   121 West Forsyth Street                    121 West Forsyth Street
                                         Suite 800                                  Suite 800
                                         Jacksonville, FL 32202-3857                Jacksonville, FL 32202-3857

Brooke Soileau-Henning                   Steven  M. Vanderwilt                      2125 Hyde Park
Murphy & Ellis, PLLC                     9940 Hood Road                             20200 Lucille Ave, Apt 35
121 West Forsyth Street                  Jacksonville, FL 32257-1134                Cupertino, CA 95014-2063
Suite 800
Jacksonville, FL 32202-3857


2125 Hydepark Apartments LLC             4 Season's Techs Inc.                      500 Westover Drive #10408
20200 Lucille Ave, Apt 35                1488 Beecher Lane                          Sanford, North Carolina 27330-8941
Cupertino, CA 95014-2063                 Orange Park, FL 32073-2873
```

539 West LLC
3030 N. ROCKY POINT DR.
STE 150A
TAMPA, FL 33607-5803

A&L Flooring
1868 Pineta Cove Dr
Middleburg, FL 32068-3471

A1 Septic Tank
7300 Imeson Rd
Jacksonville, FL 32219-2993

AP Holdings
Alexander Pogrebinsky
100 N. Laura St
Jacksonville, FL 32202-3635

AP Holdings Florida, LLC
136 Sydney Street
Unit 9
Boston, MA 02125-1352

APS Group
406 Old Hard Rd Unit 205
Fleming Island, FL 32003-5314

ARD Distributors
PO Box 743884
Atlanta, GA 30374-3884

Above and Beyond Tree Service
7620 Lennon St.
Jacksonville, FL 32254

Ace of All Trades LLC
6484 Fordham Circle E
Jacksonville, FL 32217-2457

Adam Kestenbaum
200 W Cameron Rd
Falls Church, VA 22046-4031

Advanced Disposal
PO Box 743019
Atlanta, GA 30374-3019

Agile Premium Finance
PO Box 549
Newark NJ 07101-0549

Airsafe Inc.
2720 Rosselle St
Jacksonville, FL 32205-5626

All Pro Roofing and Consulting LLC
11633 Philips Highway
Jacksonville, FL 32256-1641

Alpha Foundation Specialists Inc
PO Box 13469
Tallahassee, FL 32317-3469

Anjanette Scott
1796 Via Natal
San Lorenzo, CA 94580-2142

Another Contract Solution
7039 Eagles Perch Drive
Jacksonville, FL 32244-6145

Apartment Fire Extinguisher Service Inc
5200 Beach Blvd
Jacksonville, FL 32207-5051

Apple Electric LLC
2001 3rd St
Neptune Beach, FL 32266-4816

Appliance Mart
3870 Blanding Blvd
Jacksonville, FL 32210

Arbor Investments
Jesse Manalo
7062 Miltondale Rd
Macclenny, FL 32063-5535

Arbor Multifamily Lending LLC
3370 Walden Ave Suite 114
Depew, NY 14043-2496

Avalon Heating & Air
9585 Sunbeam Center Dr
Jacksonville, FL 32257-6185

B & C Remediation LLC
12627 San Jose Blvd #503
Jacksonville, FL 32223-8641

BVD Septic LLC
4883 SW 136th Ct
Lake Butler, FL 32054-6178

Bedford Cost Segregation LLC
19 Kilton Rd Ste 100
Bedford, NH 03110-6546

Bell Ventures
c/o Joanna Woo
Pasadena, CA 91104

Bell Ventures Inc
1930 Juanita Ave
Pasadena, CA 91104-1043

Ben Soileau
404 NW Market St
Seattle, WA 98107-2706

Benjamin & Emily Anderson
20815 N Holcomb Rd
Mead, VA 99021-8738

| | | |
|---|---|---|
| Benjamin S. Soileau<br>1752 Market Street<br>Seattle, Washington 98107-5264 | Blue NJ LLC<br>177 Ocean Lane Dr #900<br>Key Biscayne, FL 33149-1427 | BlueNJ, LLC<br>c/o Edwards & Edwards, P.A.<br>6620 Southpoint Drive S., Ste 200<br>Jacksonville, Florida 32216-0961 |
| Brad Pickell<br>LEEM Properties LLC<br>423 East 12th Ave<br>Conshohocken, PA 19428-1547 | Broad and Oak Properties, LLC<br>101 Marketside ave #404-5<br>PONTE VEDRA BEACH, FL 32081-1541 | Butterfly Property Holdings, LLC<br>6 Southridge East<br>Tiburon, CA 94920-2115 |
| CG Apartments LLC<br>20200 Lucille Ave, Apt 35<br>Cupertino, CA 95014-2063 | Cambridge Property Hldings LLC<br>560 Sylvan Ave, Ste 1210<br>Englewood Cliffs, NJ 07632-3163 | Caudill Supply<br>5571 Los Santos Way 8304<br>Jacksonville, FL 32211-5543 |
| Chakkola LLC<br>10881 Cory Lake Dr<br>Tampa, FL 33647-2992 | Charles Pen Volkman<br>5612 Pioneer Rd<br>Denver, CO 80301-3013 | Chills on Wheels Heating & Air<br>Contractors Inc.<br>6721 Stuart Ave Ste 12<br>Jacksonville, FL 32254-3561 |
| Christian Brothers Heating & Air<br>4549 St Augustine Rd, Ste #1<br>Jacksonville, FL 32207-9522 | Chuck & Vicky Trenkle<br>PO Box 13124<br>Palm Desert, CA 92255-3124 | Cintas Fire Protection<br>7251 Salisbury Rd<br>Jacksonville, FL 32256-8076 |
| City of Jacksonville<br>General Counsel<br>117 West Duval Street, Suite 480<br>Jacksonville, FL 32202-3734 | Cloverdale Capital LLC<br>c/o William Weddington<br>1024 Shady Valley Place NE<br>Atlanta, GA 30324-2770 | Complete Business Solutions Group, Inc<br>20 N. 3rd Street<br>Philadelphia, PA 19106-2118 |
| Connie Henning<br>18605 Jiretz Road<br>Odessa, Florida 33556-5001 | Creative Multicare Inc<br>PO Box 1147<br>Jonesboro, GA 30237-1147 | Damy and Olu Oyelade<br>100 N Laura St<br>Jacksonville, FL 32202-3635 |
| Daniel Culverwell<br>1009 Colina Vista Lane<br>Crowley, TX 76036-9157 | Danue and Guy Laborde<br>2200 Purdue Dr<br>Fort Collins, CO 80525-1412 | David Bolduc<br>6 Meadow View Dr<br>North Haven, CT 06473-3544 |
| David Kinter<br>5545 Ocean Gate Ln Apt 107<br>San Diego, CA 92154-8600 | Dennis McCarthy<br>569 Bradford Lane<br>Hutto, TX 78634-2118 | Dennis Varela<br>403 Bainbridge<br>Panama City, FL 32413-2830 |
| Du Boiz Mobile PC<br>6416 Suited 21<br>Jacksonville, FL 32210 | Du Boiz Mobile PC<br>6752 Bakersfield Dr<br>Jacksonville, FL 32210-1115 | E E Waters<br>2774 Usina St<br>St. Augustine, FL 32084-2443 |

| | | |
|---|---|---|
| EBF Partners, LLC dba Everest Business Fundi<br>8200 N.W. 52nd Terrace, Suite 200<br>Doral, FL 33166-7852 | Eagerton Plumbing Inc.<br>1093 N. McDuff Ave<br>Jacksonville, FL 32254-2099 | Elizabeth Duke<br>5232 Panama Ave<br>Richmond, CA 94804-5439 |
| Ellison Property Preservation<br>and Maintenance<br>1072 Prospect St<br>Jacksonville, FL 32254-2568 | Emergency Systems Inc<br>3027 Plymouth St<br>Jacksonville, FL 32205-6023 | Esly Gonzalez-Nunez<br>Farah and Farah<br>10<br>Jacksonville, FL 32202 |
| FL Associates<br>11250 Old St Augustine Rd, 15-252<br>Jacksonville, FL 32257-1147 | Fantastic Floors<br>1592 Park Ave<br>Orange Park, FL 32073-4910 | First Coast Climate Control<br>11251 Business Park Blvd #7<br>Jacksonville, FL 32256-2711 |
| First Insuance Funding<br>450 Skoke Blvd. Ste 1000<br>Northbrook, IL 60062-7917 | First Shore Property Group LLC<br>11121 Castlemain Cir S<br>Jacksonville, FL 32256-4826 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Empire Plumbing<br>5358 Hidden Gardens Dr<br>Jacksonville, FL 32258-4201 | Florida Empire Plumbing, Inc.<br>10927 Pine Acres Road<br>Jacksonville, FL 32257-7028 | Frank Lin<br>NEI Susie Land Trust<br>801 Crystal Springs Way<br>St Augustine, FL 32092-2448 |
| Full Investment Ventures LLC<br>5991 Chester Ave Ste 209<br>Jacksonville, FL 32217-2245 | GDVD Beachwood LLC<br>16052 Sun Summit Point<br>San Diego, CA 92127-2050 | GDVD Clock, LLC<br>16052 Sun Summit Point<br>San Diego, CA 92127-2050 |
| GMAFL, LLC<br>c/o Robert H Ellis<br>Murphy & Ellis, PLLC<br>121 West Forsyth Street, Suite 800<br>Jacksonville, FL 32202-3857 | Gene Fernando<br>1740 La Plaza Dr<br>San Marcos, CA 92078-4842 | IRA Innovations LLC<br>fbo Connie Henning<br>18605 Jiretz Rd<br>Odessa, FL 33556-5001 |
| Inspiration for Innovation LLC<br>Bashir Osman<br>100 Bayview #1130<br>Sunny Isles, FL 33160-4757 | Insurance Wagon<br>2529 University Blvd W<br>Jacksonville, FL 32217-2003 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Invincible Maintenance LLC<br>PO Box 65552<br>Orange Park, FL 32065-0010 | Inwood Terrace, LLC<br>Jinyi Shao<br>2 Bates Trl<br>East Greenwich, RI 02818-1050 | J&S Drain Cleaning and Plumbing Services<br>7542 John F. Kennedy Dr E<br>Jacksonville, FL 32219-3506 |
| JAX Avalon, LLC<br>Jinyi Shao<br>2 Bates Trl<br>East Greenwich, RI 02818-1050 | JAX ECR, LLC<br>Jinyi Shao<br>2 Bates Trl<br>East Greenwich, RI 02818-1050 | JAX SFH Properties, LLC<br>Jinyi Shao<br>2 Bates Trl<br>East Greenwich, RI 02818-1050 |

| | | |
|---|---|---|
| JAX Ventures, LLC<br>2 Bates Trl<br>East Greenwich, RI 02818-1050 | JEA<br>PO Box 45047<br>Jacksonville, FL 32232-5047 | JRuth SJP LLC<br>c/o John Rutherford<br>824 A1A North, Suite 301<br>Ponte Vedra Beach, FL 32082-3332 |
| JTA4 Real Properties<br>Peoples Choice Apartments LLC<br>2647 West Evans Ave Unit 109<br>Denver, CO 80219-5531 | Jacob Seamons<br>4854 N Shady Bend Ln<br>Lehi, UT 84043-5690 | Jacob Seamons<br>Douglas and Douglas<br>177 NW Madison Street<br>Lake City, FL 32055-3928 |
| James D. Wise & Julie Hoffman<br>James R. Holland<br>4141 Southpoint Drive E.<br>Jacksonville, FL 32216-8060 | Jason Cruz<br>14301 101st Pl NE<br>Kirkland, WA 98034-5257 | Jax 1359 W 15th<br>14704 Neptune Ave, Apt A<br>Newport Beach, CA 92663 |
| Jax Town Investments<br>4533 Swilcan Bridge Lane North<br>Jacksonville, FL 32224-5618 | Jax Town Investments LLC<br>4533 Swilcan Bridge Lane N<br>Jacksonville, FL 32224-5618 | Jax Town Investments, Inc.<br>W. Braxton Gillam, IV<br>14 East Bay Street<br>Jacksonville, FL 32202-3413 |
| Jazmine Garard<br>6101 Edsall Rd #1412<br>Alexandria, VA 22304-4107 | Jinyi Shao<br>2 Bates Tril<br>East Greenwich, RI 02818-1050 | John Brandorff<br>4325 Julington Creek Rd<br>Jacksonville, FL 32258-2138 |
| John Weaver<br>13046 Ft Caroline Rd<br>Jacksonville, FL 32225-1247 | Jon Paul Soileau<br>c/o Robert H Ellis<br>Murphy & Ellis, PLLC<br>121 West Forsyth Street, Suite 800<br>Jacksonville, FL 32202-3857 | Jonathan Pham<br>6298 Benecia Ave<br>Neward, CA 94560-5105 |
| Justin McMurphy<br>8101 Escola St<br>Navarre, FL 32566-9125 | Justina Rd Apartments LLC<br>1140 Barker Cypress Rd, Ste J#205<br>Cypress, TX 77433 | KP Law PLLC<br>7024 Rosabella Cir<br>Jacksonville, FL 32258-8467 |
| Kathy & Howard Yang<br>617 W University Pkwy<br>Baltimore, MD 21210-2907 | Kevin and Carol Carr<br>421 Cabrillo St<br>Costa Mesa, CA 92627-3164 | Kevin and Katherine Smith<br>500 Westover Drive #10408<br>Sanford, North Carolina 27330-8941 |
| Kevin and Katherine Smith<br>6500 Champion Grandview Way<br>Unit 27211<br>Austin, TX 78750-8406 | Kingswood Universal Limited<br>18 Java Road, North Point<br>HONG KONG | Kingswood Universal Limited<br>Jinyi Shao<br>2 Bates Trl<br>East Greenwich, RI 02818-1050 |
| Kirsten and Jon Braddock<br>384 Pelican Pointe Rd<br>Ponte Vedra, FL 32081-0729 | L & Z Properties, LLC<br>c/o Robert H Ellis<br>Murphy & Ellis, PLLC<br>121 West Forsyth Street, Suite 800<br>Jacksonville, FL 32202-3857 | Lenger Asset Management<br>221 N Hogan St #405<br>Jacksonville, FL 32202-4201 |

| | | |
|---|---|---|
| Lloyds Heating and Air<br>11633 Philips Hwy<br>Jacksonville, FL 32256-1641 | MTRRE Properties, LLC<br>965 Sullivan Court<br>Chula Vista, California 91911-7027 | Marshall Windo<br>11034 Harbor Cay Ct<br>Jacksonville, FL 32225-4043 |
| Michael & Kathryn House<br>8520 W Cougar Ave<br>Las Vegas, NV 89113-5224 | Michael Grizzle<br>c/o Law Office of Glenn S. Banner PA<br>4118 Tradewinds Dr<br>Jacksonville, FL 32250-1809 | Midway Fernandina MHP LLC<br>1800 Newport Hills Drive E<br>Newport Beach, CA 92660-7113 |
| Mockingbird Ventures<br>404 NW Market St<br>Seattle, WA 98107-2706 | Mockingbird Ventures, LLC<br>c/o Robert H Ellis<br>Murphy & Ellis, PLLC<br>121 West Forsyth Street, Suite 800<br>Jacksonville, FL 32202-3857 | Morris & Kids Plumbing Inc<br>4320 Deerwood Lake Parkway<br>#101-214<br>Jacksonville, FL 32216-1177 |
| Multifix Construction Group<br>4905 Greenland Hideway Drive S<br>Jacksonville, FL 32258-1588 | Multifix Construction, Inc.<br>4905 Greenland Hideway Dr South<br>Jacksonville, FL 32258-1588 | Neil Singleton/TBNJ LLC<br>508 S Harbor Lights Dr<br>Ponte Vedra, FL 32081-5006 |
| North Florida Lawn LLC<br>1859 Caravan Trail Ste 107<br>Jacksonville, FL 32216-2005 | Nottingham Fernandina MHP LLC<br>1800 Newport Hills Drive E<br>Newport Beach, CA 92660-7113 | OEZ, LLC<br>13920 Landstar Blvd<br>Suite 101-0229<br>13920 Landstar Blvd, Suite 101-0229<br>Orlando, FL 32824-5524 |
| ORP Investments<br>c/o Phani Raj Sarangam<br>Cypress, TX 77433 | Old Amelia Fernandina MHP LLC<br>1800 Newport Hills Drive E<br>Newport Beach, CA 92660-7113 | Old Amelia Fernandina MHP LLC<br>Nottingham Fernandina MHP LLC<br>Midway Fernandina MHP LLC<br>1800 Newport Hills Dr E<br>Newport Beach, CA 92660-7113 |
| Omnipotent Hands<br>The Handy Man Company LLC<br>6900 Philips Hwy Ste #22<br>Jacksonville, FL 32216-6058 | One Way Home Services<br>3376 Philips Hwy<br>Jacksonville, FL 32207-4312 | Pacheco Danna A Cleangin Service LLC<br>4235 Victor st<br>Jacksonville, FL 32207-6721 |
| Palms of Arlington LLC<br>PO Box 550740<br>Jacksonville, FL 32255-0740 | Pearce Springfield, LLC<br>c/o Robert H Ellis<br>Murphy & Ellis, PLLC<br>121 West Forsyth Street, Suite 800<br>Jacksonville, FL 32202-3857 | Peter Kam<br>2960 Sunset Hills<br>Escondido, CA 92025-7855 |
| Philip Jaoude<br>5315 Mallard Roost<br>Williamsville, NY 14221-8525 | Podco Capital<br>101 Marketside Ave, Ste 404-240<br>Ponte Vedra, FL 32081-1541 | Precise Definition Enterprise Inc.<br>7 East 18th St<br>Jacksonville, FL 32206 |
| Presto Plumbing LLC<br>6114 Goodman Rd<br>Jacksonville, FL 32244-1933 | Principia Properties<br>1437 Rhode Island Ave NW<br>Unit 601<br>Washington, DC 20005-5411 | R C Slaughter Home Repair<br>1423 Manotak Ponte Dr #105<br>Jacksonville, FL 32210-1184 |

| | | |
|---|---|---|
| Rabih Tawk<br>129 Lamplighter Lane<br>Ponte Vedra Beach, FL 32082-1943 | RentPath Holdings Inc<br>PO Box 740925<br>Atlanta, GA 30374-0925 | Republic Services #687<br>PO Box 9001099<br>Louisville, KY 40290-1099 |
| Rob Henning and Brooke Soileau-Henning<br>18602 Jiretz Road<br>Odessa, Florida 33556-5030 | Rodney Wilson Plumbing<br>5142 San Juan Ave<br>Jacksonville, FL 32210-3138 | Ron Russell Roofing Inc<br>4419 Hudnall Rd<br>Jacksonville, FL 32207-6942 |
| Ryan Hiebsch<br>3018 Alvarado Ave<br>Jacksonville, FL 32217-2749 | Ryan Tomka<br>1915 1st St<br>Neptune Beach, FL 32266-4805 | Rye Property Holdings, LLC<br>c/o Robert H Ellis<br>Murphy & Ellis, PLLC<br>121 West Forsyth Street, Suite 800<br>Jacksonville, FL 32202-3857 |
| Sami Nasser<br>15450 SW 26th Terrace<br>Miami, FL 33185-4905 | Scott Hayward<br>4544 Whitewood Ave<br>Long Beach, CA 90808-1029 | Sharlene Bleier<br>89 Adams Street<br>East Islip, NY 11730-1618 |
| Sisters House Cleaning<br>PO Box 10784<br>Jacksonville, FL 32247-0784 | Southern Fumigation and Pest Control Inc.<br>522 E Macclenny Ave<br>Macclenny, FL 32063-2220 | Steve Mandelbaum<br>13245 Atlantic Blvd Ste 4-230<br>Jacksonville, FL 32225-7121 |
| Syed Zeyad<br>5801 Utah Ave NW<br>Washington, DC 20015-1233 | Tavis Moe<br>49035 Quimera Ct<br>La Quinta, CA 92253-2414 | Tax Collector, Duval County<br>231 E. Forsyth Street, #130<br>Jacksonville, FL 32202-3380 |
| The Mason Apartments<br>129 Lamplighter Ln<br>Ponte Vedra Beach, FL 32082-1943 | Thinh Pham<br>141 N Deerwood St<br>Orange, CA 92869-4580 | Timothy and Maryanne Smallwood<br>965 Sullivan Court<br>Chula Vista, California 91911-7027 |
| To The T Pools<br>9795 Hilltop Blvd<br>Jacksonville, FL 32246-2100 | Tony Wong<br>10262 Via Corta<br>Villa Park, CA 92861-4530 | Tow Fold Water Engineering Inc.<br>PO Box 767<br>Melrose, FL 32666-0767 |
| Traci Smith<br>c/o Law Office of Glenn S. Banner PA<br>4118 Tradewinds Dr<br>Jacksonville, FL 32250-1809 | Trezzano B LLC<br>Stafano Khan<br>650 West Ave, Apt 401<br>Miami Beach, FL 33139-5528 | Valentines 10<br>1710 N Main St<br>Jacksonville, FL 32206-4404 |
| Ventesh LLC<br>5060 SW Philomath Blvd #346<br>Corvallis, OR 97333-1044 | Vision Properties Land Trust<br>Sanjay Trivedi<br>624 Fenwick Lane<br>St. Johns, FL 32259-6290 | Wall 2 Wall Maintenance LLC<br>PO Box 2111<br>Yulee, FL 32041-2111 |

| | | |
|---|---|---|
| Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197-4648 | Waste Pro<br>PO Box 865200<br>Orlando, FL 32886-5204 | Wayne Dietel<br>731 Duval Station Rd<br>Jacksonville, FL 32218-0800 |
| Willman Air LLC<br>13140 Tamarisk Ct<br>Jacksonville, FL 32246-7014 | Windermere Place Apts<br>PO Box 2505<br>Oldsmar, FL 34677-0047 | Yury Orlov<br>5730 Serrania Ave<br>Woodland Hills, CA 91367-6736 |
| Gordon P. Jones +<br>P O Box 600459<br>Jacksonville, FL 32260-0459 | Raye Curry Elliott +<br>Akerman LLP<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602-5250 | Bryan K. Mickler +<br>Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 |
| Richard R Thames +<br>Thames Markey<br>50 N Laura Street, Suite 1600<br>Jacksonville, FL 32202-3614 | Robert H Ellis +<br>Murphy & Ellis, PLLC<br>121 West Forsyth Street, Suite 800<br>Jacksonville, FL 32202-3857 | Candyce M. King +<br>King & Mannion, P.A.<br>2219 Park Street<br>Jacksonville, FL 32204-4315 |
| United States Trustee - JAX 13/7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | William B McDaniel +<br>Lansing Roy, PA<br>1710 Shadowood Lane, Suite 210<br>Jacksonville, FL 32207-2184 | Alan C Hochheiser +<br>Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 |
| Felecia L Walker +<br>Edwards & Edwards, P.A.<br>6620 Southpoint Drive S. , Suite 200<br>Jacksonville, FL 32216-0961 | John Cherneski +<br>Milam Howard Nicandri & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202-3413 | William C Handle +<br>Akerman LLP<br>50 North Laura Street, Suite 3100<br>Jacksonville, FL 32202-3659 |
| Hannah S Rullo +<br>Ansbacher Law<br>8818 Goodbys Executive Drive, Suite 100<br>Jacksonville, FL 32217-4692 | Worth Ellis +<br>Douglas and Douglas<br>2519 Oak Street<br>Jacksonville, FL 32204-4503 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)Jerry A. Funk<br>Jacksonville | (u)Jacob Seamons | (u)Alexander Sablin |
| (u)Chitra Kuthiala | (d)JAX ECP, LLC<br>Attn: Jinyi Shao<br>2 Bates Trail<br>East Greenwich, RI 02818-1050 | (u)Johnathan Lai |

(d)KS2 JAX, LLC
500 WESTOVER DR.
#10408
SANFORD, NC 27330-8941

(u)Mehta Gagan

(u)Susan True

End of Label Matrix
Mailable recipients   230
Bypassed recipients     9
Total                 239

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
http://www.flmb.uscourts.gov/

In re:

SAINT JOHNS PROPERTIES LLC,                    Case No.: 3:20-bk-03082-JAF

        Debtor.                                              Chapter 7

_____/

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER**
**(I) APPROVING SETTLEMENT AGREEMENT WITH KYLE PETERS**
**AND KP LAW, LLC AND (II) ENJOINING CERTAIN CLAIMS**

THIS CASE came before the Court upon the Motion (the "Motion")[1] (Doc. ___) of Gordon P. Jones, as Chapter 7 Trustee, for entry of an Order approving the terms of the Settlement Agreement by and between the Trustee and Kyle Peters and KP Law, PLLC. A hearing was held on the Motion on _____, 2023. Notice of the Motion and the hearing was served on all creditors in this case and all creditors were given the opportunity to attend the hearing and oppose the Motion. Upon consideration of the Motion, the arguments of counsel at the hearing, the factors articulated in *Wallis v. Justice Oaks II, Limited (In re Justice Oaks II, Limited),* 898 F.2d 1544 (11th Cir. 1990), and the approval of certain bar orders and injunctions by the Eleventh Circuit

---

[1] Defined terms from the Motion are incorporated by reference herein.

68214479;2

**Exhibit A**

2

Court of Appeals in *Munford v. Munford, Inc. (In re Munford, Inc.)*, 97 F.3d 449 (11th Cir. 1996) and *Securities and Exchange Comm'n v. Quiros*, 966 F. 3d 1195 (11th Cir. 2020), it is,

**ORDERED:**

1. The Motion is GRANTED.

2. The Settlement Agreement, including the releases and bar order set forth therein, is **APPROVED** and is fully enforceable in all respects. The Trustee and Peters and KP Law shall comply with all terms of the approved Settlement Agreement.

3. Within ten (10) days of the Bankruptcy Court's entry of this Order, Berkley Insurance Company on behalf of Peters and KP Law shall pay the Trustee $350,000.00 by wire transfer to the Trustee's counsel or by check payable to "Gordon P. Jones, Trustee" and mailed to Gordon P. Jones, Chapter 7 Trustee, Post Office Box 600459, Jacksonville, FL 32260-0459.

4. The Settlement Payment shall be property of the Debtor's bankruptcy estate, free and clear of all liens, claims, and encumbrances, and the Trustee shall be solely responsible for distributing the Settlement Payment in accordance with the provisions of 11 U.S.C. § 726.

5. The Court finds that a bar order is a mandatory condition of the Settlement Agreement and that, without the bar order, the Settlement Agreement will not be consummated and that entry of a bar order is necessary and appropriate in order to achieve the finality and repose contemplated by the Settlement Agreement, and that its entry is an appropriate exercise of the Court's sound discretion to facilitate settlements and promote the consensual resolution of disputes.

6. Therefore, upon this Order becoming final and non-appealable and payment of the Settlement Payment by Berkley Insurance Company on behalf of Kyle Peters and KP Law, PLLC to the Trustee, all persons and entities who have held, hold, or may hold claims, rights, causes of

68214479;2

2

**Exhibit A**

action, liabilities, liens, or any interests of any kind or nature similar to the Barred Claims are hereby precluded, barred, and enjoined from the assertion of any interest in, assignment of, or the commencement or continuation of any claim, action, or proceeding (whether formal or informal, and including, without limitation, making demand) against the Trustee, the bankruptcy estate, Akerman LLP and its professionals, Milam Howard Nicandri & Gillam P.A. and its professionals, Kyle Peters, KP Law, PLLC and its professionals.

7. All persons who have held, hold, or may hold claims or causes of action similar to the Barred Claims are hereby precluded, barred and enjoined from the commencement or continuation of any motion for relief from stay seeking authority to proceed with a claim, action or proceeding (whether formal or informal) against the Debtor and/or the bankruptcy estate and, instead, such persons shall be limited to filing a general unsecured, nonpriority proof of claim in this Bankruptcy Case.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

**Exhibit A**